IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 8 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JORGE ENRIQUE PINEDA MORALES AND MAYTHEM GIORGINA PINEDA MORALES, INDIVIDUALLY AND AS ADMINISTRATOR/IX OF THE ESTATE OF JORGE ENRIQUE PINEDA CARVAJAL, DECEASED; BEATRIZ DEL VALLE PINEDA, INDIVIDUALLY; THEMMAY GIORGIA PINEDA MORALES, EDWARD ENRIQUE PINEDA MORALES, INDIVIDUALLY; <br><br> DOLORES CHACON DE PINEDA, INDIVIDUALLY AND AS NEXT FRIEND OF JORGE LUIS PINEDA CHACON <br><br> Plaintiffs, <br><br> Vs. <br><br> FORD MOTOR COMPANY <br><br> Defendants. | CIVIL ACTION NO. B-03-061 |

## PLAINTIFFS' CERTIFICATE OF FINANCIALLY INTERESTED PERSONS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiffs **Jorge Enrique Pineda Morales and Maythem Giorgina Pineda Morales, Individually and as Administrator/ix of the Estate of Jorge Enrique Pineda Carvajal, Deceased; Beatriz Del Valle Pineda, Individually; Themmay Giorgia Pineda Morales; Edward Enrique Pineda Morales, Individually; Dolores Chacon Pineda, Individually and as Next Friend of Jorge Luis Pineda Chacon** and pursuant to Paragraph 2 of this Court's Order for Conference and Disclosure of Interested Parties, file this their Certificate of Financially Interested Persons:

1. Plaintiffs submit the following list of persons and entities that are financially interested in the outcome of this litigation:

**PLAINTIFF(S)**

1. Jorge Enrique Pineda Morales

2. Maythem Giorgina Pineda Morales

3. Jorge Enrique Pineda Morales and Maythem Giorgina Pineda Morales, as Administrator/ix of the Estate of Jorge Enrique Pineda Carvajal, Deceased

4. Beatriz Del Valle Pineda,

5. Themmay Giorgia Pineda Morales

6. Edward Enrique Pineda Morales

7. Dolores Chacon Pineda

8. Dolores Chacon Pineda as Next Friend of Jorge Luis Pineda Chacon

**DEFENDANT(S)**

9. Ford Motor Company

**PLAINTIFFS' ATTORNEY**

10. Law Office of Mark A. Cantu

**DEFENDANT'S ATTORNEY**

11. Brown McCarroll, L.L.P.

12. Rodriguez, Colvin & Chaney, L.L.P.

2.  Ford Motor Company has no parent corporation. The following is a list of domestic and foreign companies in which Ford Motor Company owns an equity interest of at least 10%, but less than 100%:

Autolatina Comercio e Participacoes Financerias Ltd.
Ford Motor Company of Australia Limited
Ford Motor Company (Belgium) N. V.
Ford Motor Company A/S
Ford Werke-Aktiengesellschaft
Ford Nederland B. V.
Ford Motor Company of Korea
Ford Motor Norge A.S.
Ford Motor Company of New Zealand Limited
Ford Motor Company Private Limited
Ford Motor Company (Switzerland) S.A.

Ford Vietnam Limited
The Hertz Corporation
Invercred Compania Financiera S.A.
Mazda Motors Company
Oy Ford Ab

Dated: April 8, 2003

                                        Respectfully submitted,

**LAW OFFICE OF MARK A. CANTU**
THE ATRIUM
1300 N. 10th St., Suite 400
McAllen, Texas 78501
Tel: 956/687-8181
Fax: 956/687-8868

_____
MARK A. CANTU
Texas State Bar No. 03767445
ATTORNEY FOR PLAINTIFFS

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing instrument has been forwarded to the following counsel of record via hand-delivery, facsimile, or certified mail return receipt on this the 8th day of April 2003.

Ronald D. Wamsted
John w. Chambless, II.
Brown McCarroll, L.L.P.
111 Congress Avenue, Suite 1400
Austin, Texas 78701
**Attorney for Ford Motor Company**

Jaime Saenz
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren
P.O. Box 2155
Brownsville, TX 78522
**Attorney for Ford Motor Company**

_____
Mark A. Cantu

3