IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 9 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JORGE ENRIQUE PINEDA MORALES AND MAYTHEM GIORGINA PINEDA MORALES, INDIVIDUALLY AND AS ADMINISTRATOR/IX OF THE ESTATE OF JORGE ENRIQUE PINEDA CARVAJAL, DECEASED; BEATRIZ DEL VALLE PINEDA, INDIVIDUALLY; THEMMAY GIORGIA PINEDA MORALES; EDWARD ENRIQUE PINEDA MORALES, INDIVIDUALLY; DOLORES CHACON PINEDA, INDIVIDUALLY AND AS NEXT FRIEND OF JORGE LUIS PINEDA CHACON<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY<br><br>Defendant. | CIVIL ACTION NO. B-03-061 |

## CERTIFICATE OF FINANCIALLY INTERESTED PERSONS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant Ford Motor Company ("Ford") and, pursuant to paragraph 2 of this Court's Order for Conference and Disclosure of Interested Parties, files this its Certificate of Financially Interested Persons.

1.  The undersigned counsel of record for Ford certifies that the following listed persons may have an interest in the outcome of this case:

| PERSON OR ENTITY | CONNECTION TO CASE |
|---|---|
| Jorge Enrique Pineda Morales | Plaintiff |

| | |
|---|---|
| Maythem Giorgina Pineda Morales | Plaintiff |
| Jorge Enrique Pineda Morales and Maythem Giorgina Pineda Morales, as Administrator/ix of the Jorge Enrique Pineda Carvajal, Deceased | Plaintiff |
| Beatriz Del Valle Pineda | Plaintiff |
| Themmay Giorgina Pineda Morales | Plaintiff |
| Edward Enrique Pineda Morales | Plaintiff |
| Dolores Chacon Pineda | Plaintiff |
| Dolores Chacon Pineda, as Next Friend of Jorge Luis Pineda Chacon | Plaintiff |
| <u>Ford Motor Company</u> | Defendant |
| Law Office Of Mark Cantu | Attorney for Plaintiffs |
| Brown McCarroll, L.L.P. | Attorneys for Defendant Ford Motor Company |
| Rodriguez, Colvin & Chaney, L.L.P. | Attorneys for Defendant Ford Motor Company |

2.   Ford Motor Company has no parent corporation. The following is a list of domestic and foreign companies in which Ford Motor Company owns an equity interest of at least 10%, but less than 100%:

Autolatina Comercio e Participacoes Financerias Ltd.
Ford Motor Company of Australia Limited
Ford Motor Company (Belgium) N.V.
Ford Motor Company A/S
Ford Werke-Aktiengesellschaft
Ford Nederland B.V.
Ford Motor Company of Korea
Ford Motor Norge A.S.
Ford Motor Company of New Zealand Limited
Ford Motor Company Private Limited

Ford Motor Company (Switzerland) S.A.
Ford Vietnam Limited
The Hertz Corporation
Invercred Compania Financiera S.A.
Mazda Motors Corporation
Oy Ford Ab

Respectfully submitted,

BROWN McCARROLL, L.L.P.
111 Congress Avenue, Suite 1400
Austin, Texas 78701
(512) 472-5456
(512) 479-1101 Fax

By: _____
Ronald D. Wamsted
Attorney-In-Charge
State Bar No. 20832000
Southern District Admissions No. 17108
John W. Chambless, II
State Bar No. 00796334

ATTORNEY FOR DEFENDANT
FORD MOTOR COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded via telefax and regular mail, to all counsel of record on this 7th day of April, 2003.

Mark A. Cantu
LAW OFFICE OF MARK A. CANTU
The Atrium
1300 N. 10th, Suite 400
McAllen, Texas 78501

_____
Ronald D. Wamsted

AUS:2024737.1
13486.95555

4