UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 2 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JORGE ENRIQUE PINEDA MORALES § <br> And MAYTHEM GIORGINA PINEDA § <br> MORALES, INDIVIDUALLY AND AS § <br> ADMINISTRATOR/IX OF THE ESTATE § <br> OF JORGE ENRIQUE PINEDA § <br> CARVAJAL, Deceased; BEATRIZ DEL § <br> VALLE PINEDA, INDIVIDUALLY, § <br> GIORGIA PINEDA MORALES, § <br> EDWARD ENRIQUE PINEDA § <br> MORALES, INDIVIDUALLY; § <br> § <br> DOLORES CHACON DE PINEDA, § <br> INDIVIDUALLY AND AS NEXT § <br> FRIEND OF JORGE LUIS PINEDA § <br> CHACON § <br> § <br> Plaintiffs § <br> § <br> V. § <br> § <br> FORD MOTOR COMPANY § <br> Defendant § | CIVIL ACTION NO. B-03-061 |

**MOTION TO WITHDRAW AND SUBSTITUTION OF COUNSEL**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Mark A. Cantu and makes and files this Motion to Withdraw and Substitution of Counsel for Plaintiffs and as grounds therefore would respectfully show the Court as follows:

**I.**

Mark A. Cantu requests that this Court grant leave to withdraw its name as attorney of record in this case so that Juan A. Gonzalez may be substituted as attorney for Plaintiffs. This withdrawal is not sought for delay only.

1

leave to withdraw as Plaintiffs' attorney of record in this matter and that Juan A. Gonzalez be substituted as attorney of record.

                                                Respectfully submitted,
**LAW OFFICE OF MARK A. CANTU**
THE ATRIUM
1300 N. 10th Street, Suite 400
McAllen, Texas 78501
Tel: 956/687-8181
Fax: 956/687-8868

MARK A. CANTU
Federal Id No. 7584
State Bar No. 03767445

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was forwarded via regular mail, certified mail return receipt requested, and/or telefax to the following counsel of record on this the 11th day of June 2003.

Ronald D. Wamsted
John W. Chambless, II.
Brown McCarroll, L.L.P.
111 Congress Avenue, Suite 1400
Austin, Texas 78701
**Attorney for Ford Motor Company**

Jaime Saenz
Rodriguez, Colvin & Chaney, L.L.P.

1201 East Van Buren

P.O. Box 2155
Brownsville, TX 78522
**Attorney for Ford Motor Company**

MARK A. CANTU

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

| | |
|---|---|
| JORGE ENRIQUE PINEDA MORALES And MAYTHEM GIORGINA PINEDA MORALES, INDIVIDUALLY AND AS ADMINISTRATOR/IX OF THE ESTATE OF JORGE ENRIQUE PINEDA CARVAJAL, Deceased; BEATRIZ DEL VALLE PINEDA, INDIVIDUALLY, GIORGIA PINEDA MORALES, EDWARD ENRIQUE PINEDA MORALES, INDIVIDUALLY; <br><br>DOLORES CHACON DE PINEDA, INDIVIDUALLY AND AS NEXT FRIEND OF JORGE LUIS PINEDA CHACON <br><br>   Plaintiffs <br><br>V. <br><br>FORD MOTOR COMPANY <br>   Defendant | CIVIL ACTION NO. B-03-061 |

**ORDER GRANTING MOTION TO WITDRAW AND SUBSTITUTION OF COUNSEL**

On this day Mark A. Cantu's Motion to Withdraw and Substitution of Counsel in the above styled and numbered cause of action came to be heard, and the Court being of the opinion that said Motion should be granted, and therefore,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Juan A. Gonzalez be substituted as counsel of record in place of Mark A. Cantu, in the above entitled and numbered cause.

4

**SIGNED FOR ENTRY** on this the _____ day of _____, 2003 at McAllen, Texas.

_____
HONORABLE JUDGE PRESIDING

cc: Mark A. Cantu; 1300 N. 10th St., Suite 400, McAllen, Texas 78501
    Jaime Saenz; 1201 East Van Buren; Brownsville, Texas 78522
    Ronald D. Wamsted, 111 Congress Avenue, Suite 1400, Austin, Texas 78701