United States District Court
Southern District of Texas
FILED

JUL 18 2003

Michael N. Milby
Clerk of Court

**THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE**

<u>INITIAL PRETRIAL & SCHEDULING CONFERENCES</u>

CIVIL ACTION NO. <u>B-03-061</u>        DATE & TIME <u>7/18/03 @ 9:45-10:06 am</u>

COUNSEL:

<u>JORGE ENRIQUE PINEDA MORALES, ET AL</u>   §   <u>RICHARD BENAVIDES</u>

VS                                          §

<u>FORD MOTOR COMPANY</u>                       §   <u>JAIME SAENZ</u>

---

Courtroom Deputy: Irma Soto
Law Clerk:        Christian Southwick
Court Reporter:   Barbara Barnard
CSO:              Figueroa

Case called on the docket.  Jaime Saenz appeared for Defendant.

Richard Benavides appeared in place of Juan Gonzalez for the Plaintiffs. Court grants Motion to Withdraw and Substitution of Counsel with no objection from the Defendant. Juan Gonzalez is substituted as counsel of record in place of Mark Cantu.

The following deadlines were given by the Court:

> Defendant's Motion Forum Non Conveniens be filed by 8/29/03
> Plaintiffs to respond by September 26, 2003
> Defendant's respond by October 3, 2003
>
> New parties must be joined by September 1, 2003
> Plaintiffs' experts be named by January 28, 2004
> Defendant's experts be named by March 13, 2004
> Dispositive & Daubert Motions be filed by April 6, 2004
> Responses due by April 30, 2004
> Joint pretrial order due by May 15, 2004
> Docket call is set for 5/27/04 @ 1:30 pm
> Jury Selection is tentatively set for June 4, 2004 @ 9:00 am

Court will allow attorneys to voir dire the jury.  Court will use 10/2 jury.

Court is adjourned.