UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

United States District Court
Southern District of Texas
ENTERED
JUL 2 1 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JORGE ENRIQUE PINEDA MORALES § <br> And MAYTHEM GIORGINA PINEDA § <br> MORALES, INDIVIDUALLY AND AS § <br> ADMINISTRATOR/IX OF THE ESTATE § <br> OF JORGE ENRIQUE PINEDA § <br> CARVAJAL, Deceased; BEATRIZ DEL § <br> VALLE PINEDA, INDIVIDUALLY, § <br> GIORGIA PINEDA MORALES, § <br> EDWARD ENRIQUE PINEDA § <br> MORALES, INDIVIDUALLY; § <br> § <br> DOLORES CHACON DE PINEDA, § <br> INDIVIDUALLY AND AS NEXT § <br> FRIEND OF JORGE LUIS PINEDA § <br> CHACON § <br> § <br> Plaintiffs § <br> § <br> § <br> V. § <br> § <br> FORD MOTOR COMPANY § <br> Defendant § | CIVIL ACTION NO. B-03-061 |

**ORDER GRANTING MOTION TO WITDRAW AND SUBSTITUTION OF COUNSEL**

On this day Mark A. Cantu's Motion to Withdraw and Substitution of Counsel in the above styled and numbered cause of action came to be heard, and the Court being of the opinion that said Motion should be granted, and therefore,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Juan A. Gonzalez be substituted as counsel of record in place of Mark A. Cantu, in the above entitled and numbered cause.

4

**SIGNED FOR ENTRY** on this the 18th day of July, 2003 at McAllen, Texas.

_____
HONORABLE JUDGE PRESIDING

cc:  Mark A. Cantu; 1300 N. 10th St., Suite 400, McAllen, Texas 78501
     Jaime Saenz; 1201 East Van Buren; Brownsville, Texas 78522
     Ronald D. Wamsted, 111 Congress Avenue, Suite 1400, Austin, Texas 78701