9

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 8 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JORGE ENRIQUE PINEDA MORALES<br>And MAYTHEM GIORGINA PINEDA<br>MORALES, INDIVIDUALLY AND AS<br>ADMINISTRATOR/IX OF THE ESTATE<br>OF JORGE ENRIQUE PINEDA<br>CARVAJAL, Deceased; BEATRIZ DEL<br>VALLE PINEDA, INDIVIDUALLY,<br>GIORGIA PINEDA MORALES,<br>EDWARD ENRIQUE PINEDA<br>MORALES, INDIVIDUALLY;<br><br>DOLORES CHACON DE PINEDA,<br>INDIVIDUALLY AND AS NEXT<br>FRIEND OF JORGE LUIS PINEDA<br>CHACON<br><br>       Plaintiffs<br><br>V.<br><br>FORD MOTOR COMPANY<br>       Defendant | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§    CIVIL ACTION NO. B-03-061 |

**AMENDED MOTION TO WITHDRAW AND SUBSTITUTION OF COUNSEL**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Mark A. Cantu and makes and files this Amended Motion to Withdraw and Substitution of Counsel for Plaintiffs and as grounds therefore would respectfully show the Court as follows:

**I.**

Mark A. Cantu requests that this Court grant leave to withdraw its name as attorney of record in this case so that Juan A. Gonzalez may be substituted as attorney for Plaintiffs. This withdrawal is not sought for delay only.

1

**WHEREFORE, PREMISES CONSIDERED**, Mark A. Cantu prays that this Court grant leave to withdraw as Plaintiffs' attorney of record in this matter and that Juan A. Gonzalez be substituted as attorney of record.

Respectfully submitted,
**LAW OFFICE OF MARK A. CANTU**
THE ATRIUM
1300 N. 10th Street, Suite 400
McAllen, Texas 78501
Tel:  956/687-8181
Fax:  956/687-8868

MARK A. CANTU
Federal Id No. 7584
State Bar No. 03767445

## CERTIFICATE OF CONFERENCE

I, Mark A. Cantu, do hereby certify that my office has contacted counsel in this matter. Counsel was unavailable to confer.  However, due to the nature of the motion, I believe that all Counsel are unopposed.

MARK A. CANTU

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was forwarded

via regular mail, certified mail return receipt requested, and/or telefax to the following counsel

of record on this the 18th day of July 2003.

Ronald D. Wamsted
John W. Chambless, II.
Brown McCarroll, L.L.P.
111 Congress Avenue, Suite 1400
Austin, Texas 78701
**Attorney for Ford Motor Company**

Jaime Saenz
Rodriguez, Colvin & Chaney, L.L.P.

1201 East Van Buren

P.O. Box 2155
Brownsville, TX 78522
**Attorney for Ford Motor Company**

MARK A. CANTU

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE, DIVISION

| | | |
|---|---|---|
| JORGE ENRIQUE PINEDA MORALES | § | |
| And MAYTHEM GIORGINA PINEDA | § | |
| MORALES, INDIVIDUALLY AND AS | § | |
| ADMINISTRATOR/IX OF THE ESTATE | § | |
| OF JORGE ENRIQUE PINEDA | § | CIVIL ACTION NO. B-03-061 |
| CARVAJAL, Deceased; BEATRIZ DEL | § | |
| VALLE PINEDA, INDIVIDUALLY, | § | |
| GIORGIA PINEDA MORALES, | § | |
| EDWARD ENRIQUE PINEDA | § | |
| MORALES, INDIVIDUALLY; | § | |
| | § | |
| DOLORES CHACON DE PINEDA, | § | |
| INDIVIDUALLY AND AS NEXT | § | |
| FRIEND OF JORGE LUIS PINEDA | § | |
| CHACON | § | |
| | § | |
| Plaintiffs | § | |
| | § | |
| | § | |
| V. | § | |
| | § | |
| FORD MOTOR COMPANY | § | |
| Defendant | § | |

## ORDER GRANTING AMENDED MOTION TO WITDRAW AND SUBSTITUTION OF COUNSEL

On this day  Mark A. Cantu's Amended Motion to Withdraw and Substitution of Counsel in the above styled and numbered cause of action came to be heard, and the Court being of the opinion that said Motion should be granted, and therefore,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Juan A. Gonzalez be substituted as counsel of record in place of Mark A. Cantu, in the above entitled and numbered cause.

**SIGNED FOR ENTRY** on this the _____ day of _____, 2003 at McAllen, Texas.

_____
HONORABLE JUDGE PRESIDING

cc:    Mark A. Cantu; 1300 N. 10th St., Suite 400, McAllen, Texas 78501
       Jaime Saenz; 1201 East Van Buren; Brownsville, Texas  78522
       Ronald D. Wamsted, 111 Congress Avenue, Suite 1400, Austin, Texas 78701