IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 2 1 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JORGE ENRIQUE PINEDA MORALES, ET AL | § § | |
| VS. | § § | CIVIL NO. B-03-061 |
| FORD MOTOR COMPANY | § | |

## Scheduling Order

1. Trial: Estimated time to try: 10 days.                    ☐ Bench    ☒ Jury

2. New parties must be joined by:                                 September 1, 2003

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:    January 28, 2004

4. The defendant's experts must be named with a report furnished by:    March 12, 2004

5. Discovery must be completed by:                                April 6, 2004

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.*
   *No continuance will be granted because of information acquired in post-deadline discovery.*

6. Dispositive Motions and Daubert Motions will be filed by:*    April 6, 2004
   Responses due by:                                             April 30, 2004

   The Court will decide if a hearing is necessary after reviewing the motion
   and response thereto.

************************ The court will provide these dates. ************************

7. Joint pretrial order is due:                                   May 15, 2004

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call is set for 1:30 p.m. on:                           May 27, 2004

9. Jury Selection:                                                June 4, 2004

*Any Forum Non Conveniens or other venue related motion shall be filed by August 29, 2003. Any reply to that motion shall be filed by September 26, 2003. Any reply to that response shall be filed by October 3, 2003.

The case will remain on standby until tried.

    Signed this the 21st day of July, 2003, at Brownsville, Texas.

                                            Andrew S. Hanen
                                        United States District Judge

xc:    **AL COUNSEL OF RECORD**