UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 8 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JORGE ENRIQUE PINEDA MORALES And MAYTHEM GIORGINA PINEDA MORALES, INDIVIDUALLY AND AS ADMINISTRATOR/IX OF THE ESTATE OF JORGE ENRIQUE PINEDA CARVAJAL, Deceased; BEATRIZ DEL VALLE PINEDA, INDIVIDUALLY, GIORGIA PINEDA MORALES, EDWARD ENRIQUE PINEDA MORALES, INDIVIDUALLY; | § § § § § § § § § § § | CIVIL ACTION NO. B-03-061 |
| DOLORES CHACON DE PINEDA, INDIVIDUALLY AND AS NEXT FRIEND OF JORGE LUIS PINEDA CHACON | § § § § § | |
| Plaintiffs | § § § | |
| Vs. | § § | |
| FORD MOTOR COMPANY Defendant | § § | |

## PLAINTIFFS' INITIAL DISCLOSURES

TO FORD MOTOR COMPANY, through its attorneys of record, Ronald D. Wamsted, BROWN MCCARROLL, L.L.P., 111 Congress Avenue, Suite 1400, Austin, Texas and Jaime A. Saenz, RODRIGUEZ, COLVIN AND CHANEY, L.L.P., 1201 East Van Buren, Brownsville, Texas.

Plaintiffs **JORGE ENRIQUE PINEDA MORALES And MAYTHEM GIORGINA PINEDA MORALES, INDIVIDUALLY AND AS ADMINISTRATOR/IX OF THE ESTATE OF JORGE ENRIQUE PINEDA CARVAJAL, Deceased; BEATRIZ DEL VALLE PINEDA, INDIVIDUALLY,**

GIORGIA PINEDA MORALES, EDWARD ENRIQUE PINEDA MORALES, INDIVIDUALLY; DOLORES CHACON DE PINEDA, INDIVIDUALLY AND AS NEXT FRIEND OF JORGE LUIS PINEDA CHACON, make these initial disclosures as required by Federal Rule of Civil Procedure 26(a)(1).

Plaintiffs through counsel undersigned, hereby make their disclosures in accordance with Rule 26(a)(1) of the Federal Rules of Civil Procedure. Plaintiffs make the following disclosures subject to and without waiving their right to protect from disclosure (a) any and all communications protected from disclosure by the attorney-client privilege, (b) any and all work-product conclusions, opinions, or legal theories of Plaintiffs' attorneys or other representative concerning this litigation, and (c) any and all confidential information until a suitable protective order is entered to protect the confidentiality of such information. Moreover, Plaintiffs make these disclosures with the best information available to them at the time disclosures were required by the Federal Rules of Civil Procedure. Plaintiffs' investigation is continuing and incomplete.

### A.   Individuals with Discoverable Information

1.   The names, addresses (work and home), and telephone numbers (work and home) of individuals likely to have discoverable information that Plaintiffs may use to support their claims are:

| | |
|---|---|
| Jorge Enrique Pineda Morales<br>Urb. Santa Ines, Qta. Mima, #2-50<br>San Cristobal,<br>Estado Tachira<br>Telephone: (0276) 344-31-08 | *Plaintiff and Administrator of the Estate of Jorge Enrique Pineda Carvajal* |
| Maythem Giorgina Pineda Morales<br>Altos de Paramillo, Manzana 8 -Parcela 9,<br>Municipio Cardenas,<br>Estado Tachira<br>Telephone: 011 58 416 676 0567 | *Plaintiff and Administratrix of the Estate of Jorge Enrique Pineda Carvajal* |

| | |
|---|---|
| Beatriz Del Valle Pineda<br>Cabudare, Estado Lara<br>Telephone: 011 58 416 656 9736 | *Plaintiff* |
| Themmay Giorgia Pineda Morales<br>Valencia, Estado Carabobo<br>Telephone: 011 58 414 422 4036 | *Plaintiff* |
| Edward Enrique Pineda Morales<br>Urb. Santa Ines, Qta. Mima, #2-50,<br>San Cristobal,<br>Estado Tachira<br>Telephone: (0276) 344-31-08 | *Plaintiff* |
| Dolores Chacon De Pineda<br>Quinta La Pedregosa, Urb. Pedregosa,<br>Borota Municipio Lobatera<br>Estado Tachira<br>Telephone: 767-484-022 | *Plaintiff and Next of Friend of Jorge Luis Pineda Chacon* |
| Jorge Luis Pineda Chacon<br>Quinta La Pedregosa, urb. Pedregosa,<br>Borota Municipio Lobatera<br>Estado Tachira<br>Telephone: 767-484-022 | *Plaintiff - Minor* |
| 1st Police Sgt. Alfredo Montilba<br><br>Republica Bolivariana De Venezuela<br>Ministerio De Infraestructura<br>Servicio Autonomo De Transporte<br>Y Transito Terrestre<br>Direccion De Vigilancia<br>U.E.V.T.T. No. 53 "Barinas" | *Accident Investigator* |
| 2nd Police Sgt. Elias Pena<br><br>Republica Bolivariana De Venezuela<br>Ministerio De Infraestructura<br>Servicio Autonomo De Transporte<br>Y Transito Terrestre<br>Direccion De Vigilancia<br>U.E.V.T.T. No. 53 "Barinas" | *Accident Investigator* |

| | |
|---|---|
| 1st Sgt. Cristobal Bastidas Hernandez | *Chief of the Office for the Filing of Claims of Accidents with Injured People* |

Republica Bolivariana De Venezuela
Ministerio De Infraestructura
Servicio Autonomo De Transporte
Y Transito Terrestre
Direccion De Vigilancia
U.E.V.T.T. No. 53 "Barinas"

| | |
|---|---|
| Torres Macho M.D. | *Attending physician* |
| Clinica San Jose | |

### B. Relevant Documents & Tangible Things

2. These documents are in the possession of Juan A. Gonzalez at the Law Office of Mark A. Cantu, The Atrium, 1300 N. 10th Street, Ste. 400, McAllen, Texas 78501. These documents can be made available for inspection and/or copying by Plaintiffs upon reasonable notice.

### C. Information Related to Calculation of Damages

3.
| | |
|---|---|
| Estimated medical expenses in the past to date: | Will supplement. |
| Medical expenses in the future: | To be determined by a jury |
| Conscious pain and suffering: | Will supplement. |
| Physical impairment in the past: | To be determined by a jury. |
| Physical impairment in the future: | To be determined by a jury. |
| Loss of consortium: | To be determined by a jury. |
| Loss of Household service: | To be determined by a jury. |
| Loss of love: | To be determined by a jury. |
| Hedonic value of life: | To be determined by a jury. |
| Loss of wages and wage earning capacity: | To be determined by a jury. |
| Disfigurement and punitive damages: | To be determined by a jury. |
| | |
| Court costs: | |
| Filing fees/Jury fee/Issuance/Service: | $262.00 |
| Translation services: | $456.56 |

In addition to the general, special and punitive damages itemized above, Plaintiffs seek prejudgment and postjudgment interest, attorney's fees and any other relief, both general and special, to which they are entitled.

The method of calculating Plaintiffs' damages is based on ongoing discovery pertaining to past medical expenses, funeral expenses, conscious pain and suffering, past

and future physical impairment, loss of consortium, loss of household service, loss of love, hedonic value of life, loss of past and future wages and future wage earning capacity, disfigurement and punitive damages. Plaintiffs reserve the right to supplement and will supplement the method of calculating said damages.

D. Insurance

4. Plaintiffs are aware of none.

Dated: *August 18*, 2003.

Respectfully submitted,

**LAW OFFICE OF MARK A. CANTU**
The Atrium
1300 N. 10th Street, Ste. 400
McAllen, Texas 78501
Telephone: (956) 687-8181
Fax: (956) 687-8868

By: _____
JUAN A. GONZALEZ
Attorney in Charge
Federal No. 3472
State Bar No. 08129310

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing instrument has been forwarded to the following counsel of record via hand-delivery, facsimile, or certified mail return receipt on this the __18TH__ day of __August__ 2003.

Ronald D. Wamsted
John W. Chamless, II
Brown McCarroll, L.L.P.
111 Congress Avenue, Ste. 1400
Austin, Texas 78701
**Attorneys for Ford Motor Company**

Jaime Saenz
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren
P.O. Box 2155
Brownsville, Texas 78522
**Attorneys for Ford Motor Company**

_____
Juan Gonzalez