IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 0 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JORGE ENRIQUE PINEDA MORALES | § | |
| AND MAYTHEM GIORGINA PINEDA | § | |
| MORALES, INDIVIDUALLY AND AS | § | |
| ADMINISTRATOR/IX OF THE ESTATE | § | |
| OF JORGE ENRIQUE PINEDA CARVAJAL, | § | |
| DECEASED; BEATRIZ DEL VALLE PINEDA, | § | CIVIL ACTION NO. B-03-061 |
| INDIVIDUALLY; THEMMAY GIORGIA | § | |
| PINEDA MORALES; EDWARD ENRIQUE | § | |
| PINEDA MORALES, INDIVIDUALLY; | § | |
| | § | |
| DOLORES CHACON PINEDA, | § | |
| INDIVIDUALLY AND AS NEXT FRIEND OF | § | |
| JORGE LUIS PINEDA CHACON | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | |
| | § | |
| FORD MOTOR COMPANY | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT FORD MOTOR COMPANY'S NOTICE OF FILING INITIAL DISCLOSURES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Ford Motor Company ("Ford"), Defendant in the above-styled civil

action, and hereby files its responses to initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1).

Respectfully submitted,

BROWN McCARROLL, L.L.P.
111 Congress Avenue, Suite 1400
Austin, Texas 78701
(512) 472-5456
(512) 479-1101 Fax


By:_____
     Ronald D. Wamsted
     Attorney-In-Charge
     State Bar No. 20832000
     Southern District Admissions No. 17108
     John W. Chambless, II
     State Bar No. 00796334

ATTORNEYS FOR DEFENDANT
FORD MOTOR COMPANY


<u>CERTIFICATE OF SERVICE</u>

     I hereby certify that a true and correct copy of the foregoing document has been forwarded via certified mail, to all counsel of record on this <u>18th</u> day of August, 2003.

Juan A. Gonzalez
LAW OFFICE OF MARK A. CANTU
The Atrium
1300 N. 10th, Suite 400
McAllen, Texas 78501


_____
Ron D. Wamsted

## INITIAL DISCLOSURES

*Rule 26(a)(1)(A)* **The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information;**

See Exhibit A attached hereto.

*Rule 26(a)(1)(B).* **A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment;**

Ford's defenses in this matter depend on the specific legal theories, and the factual bases therefore, advanced by the plaintiffs. The allegations in plaintiffs' Complaints are general in nature, and plaintiffs have not yet made their initial disclosures.

Based on its knowledge of this case to date, Ford will produce the documents which support its contention that the Explorer, as designed, manufactured and marketed, meets and exceeds all applicable industry and government standards, in particular with regard to handling and stability, and was not defective as designed, manufactured and marketed by Ford. Ford reserves the right to supplement this response as discovery and its investigation continue.

Ford states that the Historical Explorer Collection referenced above, which is included on www.forddocs.com, is also available as a seven set CD-ROM collection and has been organized into meaningful subject matter categories, including: Annual Reports, Corporate Meeting Minutes, CPPRG, Door, FMVSS Certification Documents, Ford Engineer

Depositions/Transcripts, Fuel Economy/CAFE, Glass, Lawsuits/Claims, Marketing, Miscellaneous, National Highway Transportation Safety Administration (NHTSA), Organizational Directories, Program Description Books/Product Letters, Restraints, Roof, Seats, Statistics, Technical Service Bulletins/Recalls, Twin I-Beam, Vehicle Performance, and Warnings/Owner Guides. Ford will provide Plaintiffs with a detailed listing of each of these categories. The cost of this CD Collection is $350.00. Ford will also provide, upon written request and Plaintiffs' agreement to pay copying costs, copies of the proprietary documents from the Historical Explorer Collection.

Ford will provide a copy of the following documents specific to the vehicle that are the subject of this action or to the accident or injuries alleged in this case.

- Police or other accident report, if any;
- Photographs taken of the accident site and of subject Explorer vehicle, if any;
- The factory invoice for the subject Explorer vehicle; and
- A copy of records of service performed on the subject Explorer vehicle performed under warranty, if any.

**Rule 26(a)(1)(C). A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered;**

Ford is not seeking damages in this case. Ford has no responsive documents at this time.

**Rule 26(a)(1)(D).  For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

Ford is essentially self-insured and has sufficient assets to enable it to satisfy an amount in excess of any verdict that could be reasonably anticipated in this matter, if any.

## EXHIBIT "A"

Since discovery is in its early stages and Ford has not yet completed its investigation of the subject accidents, Ford has discovered only a limited amount of information about this case. Consequently, Ford reserves its right to supplement this disclosure as discovery and its investigation continue. Ford is presently aware of the following individuals who may possess responsive information concerning the circumstances surrounding the accidents, the vehicles involved in the accidents in this case, and the nature of Plaintiffs' purported injuries:

| | |
|---|---|
| Clinica San Jose | Clinic. |
| Ford Motor Company | Defendant. |
| Funeraria Pineda, San Cristobal | Pineda Funeral Home. |
| Hospital Central | Medical provider. |
| Los Andes II<br>Driver: Rafael Meza, C.I. V-9.262.037 | Subject vehicle towed here. |
| Macho, Dr. Torres | Medical provider. |
| Montilba, Alfredo | Police, Badge No. 3077 |
| Morales, Themmay Giorgia Pineda<br>Venezuela | Plaintiff. |
| Morales, Maythem Giorgina Pineda<br>Venezuela | Plaintiff. |
| Morales, Edward Enrique Pineda<br>Venezuela | Plaintiff. |
| Morales, Jorge Enrique Pineda<br>Venezuela | Plaintiff. |
| Pena, Elias | Police, Badge No. 2902; I.D. 9.182.102 |
| Pineda, Beatriz Del Valle<br>Venezuela | Plaintiff. |

## Ford Motor Company Employees

AUS:2058276.1
13486.95555

6

Due to the complexity of the design and development process, it is impossible to identify a particular individual or group of persons responsible for all design decisions. The design of a motor vehicle is a complex, technical process that takes place over a period of several years prior to actual production. Hundreds of engineers and other technical personnel were involved in the design and development of the Explorer preceding its introduction in 1990, as a 1991 model year vehicle. Because the Explorer consists of over 10,000 component parts and dozens of vehicle systems, it would be impossible to identify all individuals who were in charge of or participated in all aspects of the design. There is no one person, or small group of persons, who had overall responsibility for designing the vehicle.

Through the course of discovery and trial preparation in other cases involving the Explorer, Ford has assembled the following list of individuals who are most likely to have relevant information relating to the issues raised in Explorer litigation, including this case. In addition to the listing of names and essential details, there are deposition and trial transcripts available for many of the following individuals that may provide additional, important information about the witnesses. Many of these transcripts have been collected by Ford and will be reproduced to Plaintiffs' counsel upon their request. Additionally, Ford will provide the organizational charts applicable to the relevant sections of the Explorer program from its inception through the date of the subject accident. Should Plaintiffs desire organizational charts from other activities within Ford, their counsel need only ask and Ford will provide those charts as desired.

| NAME | ADDRESS AND PHONE | CONNECTION WITH CASE | SUMMARY OF SUBSTANCE | DEPOSITION(S) AVAILABLE |
|------|-------------------|----------------------|----------------------|--------------------------|

| NAME | ADDRESS AND PHONE | CONNECTION WITH CASE | SUMMARY OF SUBSTANCE | DEPOSITION(S) AVAILABLE |
|------|-------------------|----------------------|----------------------|-------------------------|
| Richard Antoun | Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | Chief Program Engineer | Development of Computer-Aided Integration for Forward Model Program | Blackaller v. Ford 7/22/96 |
| Michael Auletto | Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | Dealer Franchising Manager | Product and Technique Training Manager | Brown v. Ford 01/21/98 |
| John Baldwin, Ph. D. | Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | Technical Specialist, Advanced Manufacturing Development Center | Technical Root Cause Team, Materials Science | |
| Tom Bliznick | Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | | Technical Root Cause Team— Central Lab | |
| Jim Boerger | Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | Department Manager, Explorer Plant Vehicle Team, Louisville Assembly | Monitored Explorer customer satisfaction issues | |
| Joe Bradley | Ford Motor Company, Office of General Counsel, Peter N. Tassie, Esq., 313/248-7736 | Ford Consumer Services Division | | |

| NAME | ADDRESS AND PHONE | CONNECTION WITH CASE | SUMMARY OF SUBSTANCE | DEPOSITION(S) AVAILABLE |
|---|---|---|---|---|
| Eulie Brayboy | Retired, 334 17 th Ave., Irvington, NJ 07111. May be contacted through Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | Former Chief Engineer in Chassis Engineering, Light Truck Engineering | Involved in product development to provide sign-off input for UN46 | Boury v. Ford 6/10/99 |
| James Burdette | Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | Engineer, Fuel Economy, Light Truck | Involved in program to improve fuel economy of light trucks, including the Explorer in 1990 as explained in more detail in his deposition taken 12/21/00 | |
| Edivia Cabellero | Ford Motor Company, Office of General Counsel, Peter N. Tassie, Esq., 313/248-7736 | Service Engineer, Ford of Venezuuela | | |
| Robert Campbell | Retired. May be contacted through Ford Motor Company, Office of General Counsel, Peter N. Tassie, Esq., 313/248-7736 | Former Durability Testing Manager | | |

| NAME | ADDRESS AND PHONE | CONNECTION WITH CASE | SUMMARY OF SUBSTANCE | DEPOSITION(S) AVAILABLE |
|---|---|---|---|---|
| Ronald Campbell | Retired, 20241 Westview, Northville, MI 48167. May be contacted through Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | Former Durability Testing Manager | Supervisor of Vehicle Dynamics in Light Truck Engineering at beginning of Explorer production; No involvement after 1995 | Allgood v. Ford 10/10/00 Joyner v. Ford 5/12/99 Blackaller v. Ford 6/23/94 |
| Clark Cunningham | Former Employee now at Budd Co., 2573 South Rochester Road Rochester, Michigan 48307-4475 | Former Supervisor for Body Structure, Product Development Group | Familiar with Explorer Roof and Pillar Strength and Materials prior to 1993 | Fuqua v. Ford 7/20/00 Krusell v. Ford 4/18/96 |
| Derek Clatworthy | Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | Ford of Thailand, Parts and Service | | |
| Dale Claudepierre | Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | Explorer Program Chief Engineer, 1995-2001 | Overall management responsibility for Explorer Program | |
| Mike Cowley | Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | | Involved in track testing activities of UN105 and adaptive suspension tests | |

| NAME | ADDRESS AND PHONE | CONNECTION WITH CASE | SUMMARY OF SUBSTANCE | DEPOSITION(S) AVAILABLE |
|------|-------------------|----------------------|----------------------|-------------------------|
| Fred Cusimano | Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | Firestone tire engineer | Technical sales liaison between Ford and Firestone in 1999-2000 | |
| Al Darold | Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | Design Analysis Engineer | No specific responsibility for the design & development of the Explorer, but has subsequently provided technical engineering support and assistance to engineering, corporate and legal communities as requested with respect to the Explorer. | Hall v. Ford 4/27/99 Belin v. Ford 11/17/99 Brown v. Ford 12/3/97 |
| Antonio DaSilva | Ford Motor Company, Office of General Counsel, Peter N. Tassie, Esq., 313/248-7736 | Engineering Director, Ford of Venezuela | | |
| F.L. Drotar | Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | Manager of chassis dynamic systems | Suspension work on ride and handling assessments for the development of the UN46 | |

| NAME | ADDRESS AND PHONE | CONNECTION WITH CASE | SUMMARY OF SUBSTANCE | DEPOSITION(S) AVAILABLE |
|---|---|---|---|---|
| William Eagleson | Retired, 5495 Whitfield Dr, Troy, MI 48098. May be contacted through Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | Former Occupant Protection and Impact Dynamics Manager | Handled responses to proposed rulemaking relating to occupant protection and safety devices. | Blackaller v. Ford 7/24/96 |
| Andrew Foote | Retired. May be contacted through Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | Quality Control STA Engineer. Supplier Technical Assistance | | |
| B. Gordon | Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | Marketing Plans Manger, Ranger and Explorer, 1990-93 | Has knowledge concerning the marketing plans for the Explorer in 1990-93 | Boury v. Ford |
| William Graczyk | Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | Design Analysis Engineer | Design engineer for steering column & ignition switch for UN46, familiar with design process for the UN46, has also provided technical engineering support and assistance to engineering, corporate and legal communities as requested with respect to the Explorer | Boury v. Ford 10/15/97 |

| NAME | ADDRESS AND PHONE | CONNECTION WITH CASE | SUMMARY OF SUBSTANCE | DEPOSITION(S) AVAILABLE |
|---|---|---|---|---|
| Francisco Grau | Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | Supplier Technical Assistance Engineer, Ford of Venezuela | | |
| Ernie Grush | Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | Manager of Safety Data Analysis | Analysis of safety data | Gonzales v. Ford 7/26/01 Guillen v. Ford 10/17/00 |
| James Gwaltney | Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | General Sales Manager, Lincoln-Mercury | | |
| Paul Hackert | Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | Vehicle Dynamics Engineer | Worked on the suspension system for the UN46 | Boury v. Ford 9/16/98 |
| Jay Hackelman | Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | Dealer Contacts Manager | Involved with new dealer contracts | |
| Edward Hagenlocker | Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | Vice President and General Manager of Truck Operations in late 1980's | Involved in packaging for the UN46 | Brockie v Ford 7/24/97 |

| NAME | ADDRESS AND PHONE | CONNECTION WITH CASE | SUMMARY OF SUBSTANCE | DEPOSITION(S) AVAILABLE |
|---|---|---|---|---|
| Jon Harmon | Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | Ford Public Relations | Involved in response to media inqueries | |
| Jim Hodgson | Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | | Technical Root Cause Team— Facilitator | |
| David Houston | Retired, 9214 Mapletree Dr, Plymouth, MI 48170.  May be contacted through Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | Former Manager of Advanced Safety Worldwide | Oversight responsibility for UN46 to certify the vehicle to safety regulations then in force | Joyner v Ford 6/9/99 |
| Robert E. Jones. | Retired, 1445 Folkstone Court North, Ann Arbor, MI. May be contacted through Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | Former Manager Restraints Department | Manager of Restraints Department from 1987-1992 dealing with all domestically produced cars and trucks. | |

| NAME | ADDRESS AND PHONE | CONNECTION WITH CASE | SUMMARY OF SUBSTANCE | DEPOSITION(S) AVAILABLE |
|---|---|---|---|---|
| Max Kapadia | Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | Chief Program Engineer, UPN 150 Program, 1996-1997. Launch and Planning Manager for the UN105 Program. | Involved in business aspects of the UPN 150 Explorer Program and the launch and planning aspects of the UN105 Program | Joyner v. Ford 4/19/00 |
| Si Kong | Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | Parts and Service, Ford of Malaysia | | |
| Vasiliy Krivstov | Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | | Technical Root Cause Team-Statistics | |
| Susan Krusel | Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | Ford Public Relations | Has knowledge of press inquiries and responses to those inquiries | |
| Joe Kuznicki | Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | Vehicle Dynamics Engineer | Involved in adapting Australian shock absorbers to the Venezuela Explorer | |
| Sye Linovitz | Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | Design Analysis Engineer, Advanced Vehicle Technology | | |

| NAME | ADDRESS AND PHONE | CONNECTION WITH CASE | SUMMARY OF SUBSTANCE | DEPOSITION(S) AVAILABLE |
|---|---|---|---|---|
| Luis Marcano | Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | Former Product Engineer, Ford of Venezuela | | |
| Carlos Maron | Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | Former Product Development Manager, Ford of Venezuela | | |
| James Mason | Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | Design Analysis Engineer | Involved in design and development of UN46 | Boury v Ford 9/14/98 |
| Thomas Mast | Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | Supervisor at the Vehicle Truck Center | Involved in packaging, and evaluating the suspension system, steering linkings and axles on UN46 and UN105 | Joyner v Ford 6/8/90 Blackaller v. Ford 11/20/96 |
| Roger Maugh | Retired, 2158 Melrose Ave, Ann Arbor, MI 48104. May be contacted through Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | Former Director of Worldwide Automotive Strategy | Received inquiries from government on safety issues and coordinated the development of a response | Brown J. v. Ford 1/27/98 |

| NAME | ADDRESS AND PHONE | CONNECTION WITH CASE | SUMMARY OF SUBSTANCE | DEPOSITION(S) AVAILABLE |
|---|---|---|---|---|
| Bob McGee | Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | | Technical Root Cause Team—NDE Specialist, Resource | |
| Mike McGuire | Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | | Technical Root Cause Team—CAE and Vehicle Dynamics Also has knowledge of shock absorbers for the Australian Explorer | |
| P. Morel | Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | Marketing Plans Manager, 1993-96 | Generally familiar with marketing plans for the Explorer as per his testimony in Boury v. Ford | Boury v. Ford |
| Roselia Moreno | Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | Product Engineer, Ford of Venezuela | | |
| Kenneth Morman | Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | Senior Staff Technical Specialist, Vehicle Safety, Ford Research Laboratory | Technical Root Cause Team— CAE-FEA | |

| NAME | ADDRESS AND PHONE | CONNECTION WITH CASE | SUMMARY OF SUBSTANCE | DEPOSITION(S) AVAILABLE |
|---|---|---|---|---|
| Richard Morrison | Glass & Glazing Forensics, Inc. The Onyx Building, 29777 Telegraph Road, Southfield, Michigan 48034 248/363-220 | Former Manager of Glass Certification, Regulation and Design Analysis. | Involved with glazing methods used in automotive applications, and commercial constructions and standards development | |
| Harry Neuman | Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | Product Design Engineer, Advanced Vehicle Technology | | |
| Amir Oraibi | Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | Parts & Service Technician, Ford Dubai | | |
| Edward Paddock | Former Ford employee, now at Exponent, 39100 Country Club Drive Farmington Hills, Michigan 48331 (248) 324-9102 | Former Design Analysis Engineer | Familiar with issues relating to occupant restraint systems in Explorers; Evaluated prototype systems for UN46 | Belin v. Ford 4/19/99 Greenwald v. Ford 5/10/96 Jackson v. Ford 3/25/99 Millsom v. Ford 2/24/99 |
| Richard Parry-Jones | Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | Chief Engineer | | |

| NAME | ADDRESS AND PHONE | CONNECTION WITH CASE | SUMMARY OF SUBSTANCE | DEPOSITION(S) AVAILABLE |
|---|---|---|---|---|
| Robert Pascarella | Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | Supervisor of Vehicle Dynamics modeling and testing | Involved in computer modeling and testing for Explorer programs | Boury v Ford 9/15/98 Brockie v. Ford 5/29/97 Wooton v/ Ford 5/27/97 |
| Robert Pett | Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | | Technical Root Cause Team—Material Science | |
| R. L. Pettry | Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | Manager with vehicle dynamics section | Worked on chassis and powertrain for UN46 | See Pascarella Deposition in Grimes v. Ford 9/23/98 |
| R. B. Pittman | Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | Light Truck Management | Program responsibility for the UN46 and other light truck programs | See Simpson Depositions in Brockie v. Ford 7/15/97 and Cost v. Ford 11/13/00 |
| Gordan Rama | Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | Chassis and Powertrain Manager for the UN105 | Involved in the chassis and powertrain design and development for the UN105 | See Takasawa's Deposition in Fuqua v. Ford 7/20/00 |
| Orville Ritterling | Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | Vehicle Interior Manager – Design Analysis | Provides litigation support for issues dealing with interior vehicle components including seat belts | Winkelman v. Ford 5/2/96 |

| NAME | ADDRESS AND PHONE | CONNECTION WITH CASE | SUMMARY OF SUBSTANCE | DEPOSITION(S) AVAILABLE |
|---|---|---|---|---|
| David Roberts | Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | Engineer in Safety & Restraints area | Primarily software development, including software implementation regarding seat belts; chassis engineer launch leader and suspension design supervisor for UN150 | Fuqua v Ford 7/20/00 Blackaller v. Ford 7/25/96 Joyner v. Ford 3/8/00 |
| David Rohweder | Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | Supervisor, Forward Model Suspension, Steering, Wheels, and Tire Design | Technical Root Cause Team member—Vehicle Dynamics Testing | |
| Oscar Romero | Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | Service Engineering Manager, Ford of Venezuela | | |
| Kenneth Rottet | Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | Development Engineer | Responsible for ensuring that Explorers meet federal and Ford crash requirements | Winkelman v. Ford 4/29/96 |
| Jim Rouen | Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | Manager, Customer Concerns, Ford Asia-Pacific | | |

| NAME | ADDRESS AND PHONE | CONNECTION WITH CASE | SUMMARY OF SUBSTANCE | DEPOSITION(S) AVAILABLE |
|---|---|---|---|---|
| Roger Schebor | Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | Overall Explorer Program Review | Involved in the Explorer Glovebox video | |
| Douglass Scott | Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | Explorer brand manager since 1997 | Develops marketing and strategy for Ford Explorer | Brown J. v. Ford 1/22/98 |
| Leonard Shaner | Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | Crash Development Engineer | Involved in testing and development of Explorer from 1990 to 1995 | Winkelman v. Ford 4/29 /96 |
| L. K. Shedden | Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | Took over as Program Manager for the UN46 Explorer from Roger Simpson after the vehicle was in production | Future Actions, Warranty issues and investigate freshening actions for future models of the Explorer | See Simpson Deposition in Boury v. Ford 12/8/98 |
| William Shelton | Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | Supervisor of Restraints Engineering Department | Involved in packaging design work for fit & geometry of restraint systems for UN46 | Krusell v. Ford 4/17/96 |
| James Siegel | Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | Marketing Research Manager at Ford Motor Credit Company | Involved in Explorer marketing research | Brown J. v. Ford 1/23/98 Blackaller v. Ford 7/25/96 |

| NAME | ADDRESS AND PHONE | CONNECTION WITH CASE | SUMMARY OF SUBSTANCE | DEPOSITION(S) AVAILABLE |
|---|---|---|---|---|
| Robert Simpson | Retired, 9092 Hartel, Livonia, MI 48150. May be contacted through Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | Former Program Manager for the Explorer UN46 and UN105 Programs and Chief Engineer for Vehicle Engineering in the Product Development Office | Responsible for coordination of the UN46 and UN105 programs. | Allgood v Ford 11/13/00 Joyner v. Ford 6/9/99 Brown v. Ford 1/20/98 |
| Harry Sleath | Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | Development Engineer in vehicle dynamics section | Works on development of objective measuring equipment for ride and handling | Joyner v Ford 3/8/00 Boury v. Ford 9/16/98 |
| William Smith | Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | Product design engineer in Truck Product Development | Worked on ADAMS modeling for UN46 | Petty v. Ford 3/18/98 |
| Kenneth Snodgrass | Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | Manager - Vehicle Engineering - Truck Product Development | Involved in the evaluation of vehicle ride and handling characteristics. | Allgood v Ford 10/11/00 Boury v. Ford 2/24/99 |
| David Starr | Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | Senior Technical Specialist in Vehicle Dynamics | Involved in design and development of UN46 prototypes | Joyner v Ford 5/12/99 |

| NAME | ADDRESS AND PHONE | CONNECTION WITH CASE | SUMMARY OF SUBSTANCE | DEPOSITION(S) AVAILABLE |
|---|---|---|---|---|
| Greg Stevens | Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | Vehicle Dynamics Engineer | Technical Root Cause Team— Vehicle Dynamics | |
| Kenneth Sulla | Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | Engineer Analysis for the Technical Support Group of Design Analysis | Involved with development, crash testing and FMVSS compliance as it pertains to the body shell, including the roof of the Explorer | Krusell v. Ford 9/18/96 |
| Keith Takasawa | Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | Chief Program Engineer for the UN105 | Responsible for the overall engineering and project management for the UN105 | Fuqua v. Ford 7/20/00 |
| Dmitry Tananko | Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | Technical Root Cause Team member | | |
| Donald Tandy | Former Ford Employee now at Carr Engineering, 12500 Castlebridge Dr., Houston, Texas 77065 (281) 894-8955 | Former Supervisor in Ford's Vehicle Dynamics Section of Truck Operations | Knowledgeable regarding the design and development of the Explorer, including the internal stability testing performed by Ford | Haffey v. Ford 2/4/98 Kyle v. Ford 11/14/96 Murtha v Ford 7/9/99 Vanetten v. Ford 4/5/99 |

| NAME | ADDRESS AND PHONE | CONNECTION WITH CASE | SUMMARY OF SUBSTANCE | DEPOSITION(S) AVAILABLE |
|---|---|---|---|---|
| Ricardo Tinoco | Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | Public Relations, Ford of Venezuela | Has knowledge of media inquiries and responses to media inquiries in Venezuela | |
| Michael Tokarsky | Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | Crash Supervisor for Advanced Vehicle Technology and Vehicle Safety | As crash development and certification supervisor, executes the test plans to ensure that the vehicles meet government regulations and corporate guidelines | Brown v. Ford 5/16/96 Winkelman v. Ford 4/29/96 |
| Pim Van der Jagt | Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | | Technical Root Cause Team, Vehicle Systems Resource | |
| Bob Veres | Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | RVT Tire Technical Specialist | | |

| NAME | ADDRESS AND PHONE | CONNECTION WITH CASE | SUMMARY OF SUBSTANCE | DEPOSITION(S) AVAILABLE |
|---|---|---|---|---|
| John Versace | Retired, 4785 Ranch Lane, Bloomfield Hills, MI 48302. May be contacted through Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | Former Executive Engineer for Safety Research | Analyses of safety data | Blackaller v. Ford 7/22/96 |
| Jason Vines | Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | Vice President, Public Relations | Has knowledge of media inquiries and responses to media inquiries | |
| Randy Visintaner | Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | | Technical Root Cause Team— Vehicle Dynamics | |
| Brandon Webb | Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | Product Design Engineer | Individual Knowledgeable about AutoLiv Testing | |
| R.P. Witschonke | Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | Program Manager | Worked on suspension specifications for prototype of the UN46 | See Simpson Deposition in Blackaller v. Ford 6/23/94 |

| NAME | ADDRESS AND PHONE | CONNECTION WITH CASE | SUMMARY OF SUBSTANCE | DEPOSITION(S) AVAILABLE |
|---|---|---|---|---|
| David Wotton | Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | Supervisor of light truck ride and handling development section | Responsible for evaluation, testing and vehicle development | Brockie v Ford 7/14/97 Blackaller v. Ford 7/25/96 Boury v. Ford 4/20/98 |
| Jennifer Wozniak | Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | Product Test Engineer | Individual Knowledgeable about AutoLiv Testing | |
| Ken Zino | Ford Motor Company, Office of General Counsel, Peter N. Tassie Esq., 313/248-7736 | Ford Public Relations | Has knowledge of media inquiries and responses to media inquiries | |

In addition to the foregoing, Ford has identified over 35 individuals from the Body & Chassis Engineering Department and over 20 individuals from the Truck Operations – Light Truck Product Development Department who are likely to have some knowledge about the design and development of the Explorer or previous light truck products. Ford will provide a list of these names upon request by the plaintiffs. Ford has further identified over 50 current or former Firestone employees who may have knowledge of relevant facts. Many of these individuals have been deposed in the Ford/Firestone MDL Proceeding and in the Ford/Firestone Texas Coordinated Cases. Ford will provide a list of these names upon request by the plaintiffs.