# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## NOTICE OF RE-SETTING

| | |
|---|---|
| JORGE ENRIQUE PINEDA MORALES, ET AL § | |
| § | |
| VS. § | CIVIL ACTION NO. B-03-061 |
| § | |
| FORD MOTOR COMPANY § | |

TYPE OF CASE:     __X__ CIVIL                    ____ CRIMINAL

TAKE NOTICE that the proceeding in this case has been re-set as indicated below:

TYPE OF PROCEEDING: **JURY SELECTION**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

| PLACE: | ROOM NO.: |
|---|---|
| **UNITED STATES FEDERAL COURTHOUSE** <br> **600 E. HARRISON STREET** <br> **BROWNSVILLE, TEXAS** | **THIRD FLOOR COURTROOM, #6** |

| DATE AND TIME PREVIOUSLY SCHEDULED: | RESET TO DATE AND TIME: |
|---|---|
| June 4, 2004 @ 9:00 am | June 3, 2004 @ 9:00 am |

MICHAEL N. MILBY, CLERK

BY: _____
Irma A. Soto, Deputy Clerk

DATE: September 8, 2003

TO: ALL COUNSEL OF RECORD