20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

United States District Court
Southern District of Texas
FILED

OCT 03 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JORGE ENRIQUE PINEDA MORALES And MAYTHEM GIORGINA PINEDA MORALES, INDIVIDUALLY AND AS ADMINISTRATOR/IX OF THE ESTATE OF JORGE ENRIQUE PINEDA CARVAJAL, Deceased; BEATRIZ DEL VALLE PINEDA, INDIVIDUALLY, GIORGIA PINEDA MORALES, EDWARD ENRIQUE PINEDA MORALES, INDIVIDUALLY; | § | CIVIL ACTION NO. B-03-061 |
| DOLORES CHACON DE PINEDA, INDIVIDUALLY AND AS NEXT FRIEND OF JORGE LUIS PINEDA CHACON | § | |
| Plaintiffs | § | |
| Vs. | § | |
| FORD MOTOR COMPANY Defendant | § | |

**MOTION TO COMPEL THE ORAL DEPOSITION OF VICTOR HUGO GUERRA HERNANDEZ AND ENRIQUE LAGRANGE**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME Plaintiffs JORGE ENRIQUE PINEDA MORALES And MAYTHEM GIORGINA PINEDA MORALES, INDIVIDUALLY AND AS ADMINISTRATOR/IX OF THE ESTATE OF JORGE ENRIQUE PINEDA CARVAJAL, Deceased; BEATRIZ DEL VALLE PINEDA, INDIVIDUALLY, GIORGIA PINEDA MORALES, EDWARD ENRIQUE PINEDA MORALES, INDIVIDUALLY; DOLORES CHACON DE PINEDA, INDIVIDUALLY AND AS

NEXT FRIEND OF JORGE LUIS PINEDA CHACON, and file this their Motion to Compel and would respectfully show the Court as follows:

**I.**

On July 21, 2003, this Court entered a Scheduling Order on the above numbered and styled cause. Pursuant to the Scheduling Order, any *forum non conveniens* or other venue related motion was to be filed by August 29, 2003. Any reply to that motion was to be filed by September 26, 2003. Any reply to that response is to be filed by October 3, 2003. The Court granted leave for the parties to conduct discovery pertaining and relevant to the merits of *forum non conveniens*.

Plaintiffs propounded to the Defendant Interrogatories, Requests for Production, and Requests for Admissions targeting the merits of *forum non conveniens* on September 22, 2003, and noticed the depositions of Defendant's proposed Venezuelan law experts, Victor Hugo Guerra Hernandez and Enrique LaGrange for October 6, 2003. Said notices deposition are attached as EXHIBIT A and incorporated by reference herein as though fully set forth.

Plaintiffs filed a Motion to Extend Time to conduct *forum non conveniens* discovery on September 26, 2003, to allow Plaintiffs additional time to prepare and submit its sur-reply based on that discovery prior to the Court either ruling on the merits based solely on the submitted motion and responses or scheduling a hearing on Defendant's motion and the presentation of oral argument. EXHIBIT B.

Plaintiffs conferred with counsel for Defendant on September 29, 2003, to determine if it would produce their proposed experts. In a letter dated October 1, 2003, Defendant notified Plaintiffs' counsel that it would not produce its proposed experts for deposition.

EXHIBIT C.

II.

More than three days after receipt of the notice (as amended) Defendant states that it objects to the deposition but provides no basis for its objection. According to the Scheduling Order, Defendant must file its Reply to Plaintiffs' Response to Defendant's Motion to Dismiss on October 3, 2003 and Plaintiffs in turn must file their Sur-reply on October 10, 2003. As Plaintiffs set forth it their Motion to Extend Time, because the Court conducts a factual inquiry in considering a motion to dismiss, it is beneficial for the Court to ascertain the qualifications of Defendant's proposed experts as well as the factual and legal basis for their opinions and conclusions.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request that the Court enter an Order that Mr. Victor Hugo Guerra Hernandez and Enrique LaGrange be presented for deposition at a time convenient for Defendant's counsel, extend time for the conducting and completion of discovery that targets the merits of *forum non conveniens* and prior to the Court either ruling on the merits based solely on the submitted motion and responses or scheduling a hearing on Defendant's motion and the presentation of oral argument.

Respectfully submitted,

**LAW OFFICE OF MARK A. CANTU**
*THE ATRIUM*
1300 N. 10th St., Suite 400
McAllen, Texas 78501
Tel: 956/687-8181
Fax: 956/687-8868

Juan A. Gonzalez
State Bar No. 08129310
Ricardo G. Benavides
State Bar. No. 24031735

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Defendant John W. Chambless, II and local counsel Jaime Saenz were not contacted however, due to the nature of the Motion to Compel, I believe they are opposed.

JUAN A. GONZALEZ
RICARDO G. BENAVIDES

**CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the foregoing instrument has been forwarded to the following counsel of record via telefax, certified mail return receipt requested, regular mail and/or hand delivery on this the 3rd day of ~~September~~ Oct 2003.

Ronald D. Wamsted
John W. Chamless, II
Brown McCarroll, L.L.P.
111 Congress Avenue, Ste. 1400
Austin, Texas 78701

Jaime Saenz
Rodriguez, Colvin & Chaney, L.L.P.
P.O. Box 2155
Brownsville, Texas 78522
**Attorneys for Ford Motor Company**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

| | | |
|---|---|---|
| JORGE ENRIQUE PINEDA MORALES And MAYTHEM GIORGINA PINEDA MORALES, INDIVIDUALLY AND AS ADMINISTRATOR/IX OF THE ESTATE OF JORGE ENRIQUE PINEDA CARVAJAL, Deceased; BEATRIZ DEL VALLE PINEDA, INDIVIDUALLY, GIORGIA PINEDA MORALES, EDWARD ENRIQUE PINEDA MORALES, INDIVIDUALLY; | § | CIVIL ACTION NO. B-03-061 |
| DOLORES CHACON DE PINEDA, INDIVIDUALLY AND AS NEXT FRIEND OF JORGE LUIS PINEDA CHACON | § | |
| Plaintiffs | § | |
| Vs. | § | |
| FORD MOTOR COMPANY<br>Defendant | § | |

**FIRST AMENDED NOTICE OF INTENTION TO TAKE ORAL AND VIDEO DEPOSITION OF VICTOR HUGO GUERRA HERNANDEZ WITH SUBPOENA DUCES TECUM**

TO: *Defendant, Ford Motor Company*, by and through its attorney of record, Roark [illegible] Wamsted, John W. Chamless, II, Brown McCarroll, L.L.P., 111, Congress Avenue, Ste [illegible] Austin, Texas 78701

PLEASE TAKE NOTICE THAT, under Federal Rule of Civil Procedure 30, that Plaintiffs Jorge Enrique Pineda Morales and Maythem Giorgina Pineda Morales, Individually and as Administrator/ix of the Estate of Jorge Enrique Pineda Carvajal, Deceased, Beatriz Del Valle Pineda, Individually, Girogia Pineda Morales, Edward Enrique Pineda Morales, Individually; Dolores Chacon De Pineda, Individually and as Next Friend of Jorge Luis



**Pineda Chacon** will take the oral and video deposition of ***Victor Hugo Guerra Hernandez***, will commence on October 6, 2003 at 10:00 o'clock A.M., and continue thereafter from day to day until completed. The deposition will be taken at the Law Office of **Rodriguez, Colvin & Chaney, L.L.P., 1201 East Van Buren, Brownsville**, Texas **78522** before a certified court reporter with **Hill & Romero Certified Court Reporters, 5415 North McColl, Suite 107, McAllen,** Texas **78504; (956) 287-3898,** by stenographic and video means, to be used as evidence in the above styled and numbered cause of action.

In connection herewith, the deponent shall be served with the *Subpoena Duces Tecum* made a part hereof, ordering *Victor Hugo Guerra Hernandez*, to produce on the above stated time and place any and all documents in his possession, custody or control set forth therein. Possession, custody or control includes constructive possession such that if the deponent has a superior right to compel the production from a third party, he or she have possession, custody or control.

For purpose of brevity and clarification of this notice of intent to take oral and video deposition and the attached *Subpoena Duces Tecum*, the following instructions and definitions will apply.

See hereto attached Exhibit "A".

Respectfully submitted,

LAW OFFICE OF MARK A. CANTU
The Atrium
1300 N. 10th Street, Ste. 400
McAllen, Texas 78501
Telephone: (956) 687-3131
Fax: (956) 687-8868

By: ______________________
JUAN A. GONZALEZ
Attorney in Charge

Federal No. 3472
State Bar No. 08129310

Ricardo G. Benavides
Federal ID 32205
Texas State Bar No. 24031735
ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing instrument has been forwarded to the following counsel of record via hand-delivery, facsimile, or certified mail return receipt on this the ____ day of September 2003.

Ronald D. Wamsted
John W. Chamless, II
Brown McCarroll, L.L.P
111 Congress Avenue, Ste. 1400
Austin, Texas 78701
**Attorneys for Ford Motor Company**

Jaime Saenz
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren
P.O. Box 2155
Brownsville, Texas 78522
**Attorneys for Ford Motor Company**

Juan González

EXHIBIT "A"

INSTUCTIONS

You are hereby requested to produce on the date of your deposition to Plaintiffs, at the office of Rodriguez, Colvin & Chaney, L.L.P., 1201 East Van Buren, Brownsville, Texas 78522, copies of information, documents and tangible things, designated and attached herewith as Exhibit A, (Subpoena Duces Tecum) for examination, inspection, and copying which are within the possession, custody, or control of *Victor Hugo Guerra Hernandez* pursuant to Rules 30(b)(1) and 45(a)(1)(c) of the Federal Rules of Civil Procedure.

The documents sought herein must be produced whether secured by you, your agent, representative, employee, investigator or attorney or any other person who has access to said documents. If any document cannot be produced, please explain why you are unable to produce said document. Plaintiffs request that *Victor Hugo Guerra Hernandez* conduct a thorough search of those files where the requested documents and things are reasonably expected to be found or filed, and that *Victor Hugo Guerra Hernandez* make inquiry of those persons reasonably expected to know the location of the requested documents and things.

If any documents requested were at one time in existence, but are no longer in existence please so state, specifying for each document,

(a) the type of document;

(b) the types of information contained thereon;

(c) the date upon which it ceased to exist;

(d) the circumstances under which it ceased to exist.

(d) the identity of all persons having knowledge of the circumstances under which it ceased to exist; and

(e) the identity of all persons having knowledge or who had knowledge of the contents thereof.

This request is deemed continuing, and if, after producing the documents herein, you obtain or become aware of any further documents responsive to this Request, you are required to produce to Plaintiffs such additional documents through supplementation pursuant to Fed. R.Civ. P. 26(e).

If any documents covered by this Request are withheld by reason of a claim of privilege, pursuant to Fed. R. Civ. P. 26(b)(5), please provide a list, as part of your required response to this Request, identifying each document for which a privilege is claimed, together with the following information with respect to each document withheld:

a. Date of the document;

b. Author, sender and recipient of the document;

c. The identity of any person to whom copies were furnished;

d. The general subject matter of the document; and

e. The basis on which privilege is claimed.

For any requested document identified on deponent's privilege log, Plaintiffs reserve the right to request an in camera review to be performed by the Court.

DEFINITIONS

A. "You" and "Your" The terms "you" and "your" shall mean [illegible] *Hernandez*, and any employees, agents, and all other persons or entities acting or purporting to act on your behalf, whether authorized or not.

B. "Persons": The term "persons" shall include individuals, and every type of entity, whether formed for business purposes or not.

C. "Documents": The term "documents" shall mean writings of every type and from any source, including originals and non-identical copies hereof, that are in your possession, custody, or control or known by you to exist. This would include documents sent outside your organization to any source as well as documents intended for internal use only.

The term also includes communications not only in words, but in symbols, pictures, sound recordings, film, tapes, and information stored in, or accessible through, computer or other information storage or retrieval systems. If the information is kept in a computer or informational storage or retrieval system, the term also includes codes and programming instructions and other materials necessary to understand such systems.

The term includes, but is not limited to: calendars, checkbooks, agenda, agreements, analyses, bills, invoices, records of obligations and expenditures, corporate bylaws and charters, correspondence, diaries, files, legal documents, financial documents including balance sheets and profit and loss statements, letters, memorandum record telephone or in-person conferences, manuals books, press releases, purchase orders, records, schedules, memo of interviews, evaluations, written reports or tests or experiments, public relations releases, telegrams, teletypes, work papers, drafts of documents, and all other writings whose contents relate to the subject matter of the discovery request.

SUBPOENA DUCES TECUM

Pursuant to Federal Rules of Civil Procedure 30(b) (1) 45(a)(1)(c) deponent is directed to produce at the time and place of this deposition, the following documents:

1. Your current curriculum vitae or resume.

2. All publications, treatises or reference materials consulted by you in arriving at any opinions, impressions, deductions, findings or conclusions that you have made in connection with this lawsuit.

3. All written reports which in any way refer, pertain or relate to any opinions, impressions, conclusions or findings made in connection with your consultation in this lawsuit.

4. All notes generated by you or relied upon by you in connection with your consultation in this lawsuit.

5 All preliminary drafts of your findings or reports made in connection with your consultation in this lawsuit.

6. list of all publications authored by you either in whole or in part.

7. All letters, correspondence, records, documents, reports, investigative material, depositions, pleadings, photographs or any other form of written document furnished to you in connection with your consultation in this lawsuit

8. All letters, correspondence, records, documents, reports, investigative material, pleadings, depositions, photographs or any other form of written document reviewed by you in connection with your consultation in this lawsuit

9. A list of all lawsuits, including the style, cause number, and court in which you have testified by either deposition or by live testimony.

10 Any and all files or other items or documents maintained by you in your office concerning your employment as a consultant in this lawsuit.

11 All letters, correspondence, records, documents, agreements or contracts which in any way refer, pertain or relate to the fee arrangement for your services rendered in this litigation.

12. All records and/or documents which form a basis, either in whole or in part, of any opinions, impressions, conclusions or findings that you have made in connection with your consultation herein.

13. All invoices, bills statements or other writings which pertain or relate to all charges for consultation services rendered by you or your firm in connection with this lawsuit

14. Your complete file in connection with this lawsuit.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

| | | |
|---|---|---|
| JORGE ENRIQUE PINEDA MORALES And MAYTHEM GIORGINA PINEDA MORALES, INDIVIDUALLY AND AS ADMINISTRATOR/IX OF THE ESTATE OF JORGE ENRIQUE PINEDA CARVAJAL, Deceased; BEATRIZ DEL VALLE PINEDA, INDIVIDUALLY, GIORGIA PINEDA MORALES, EDWARD ENRIQUE PINEDA MORALES, INDIVIDUALLY; | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. B-03-061 |
| DOLORES CHACON DE PINEDA, INDIVIDUALLY AND AS NEXT FRIEND OF JORGE LUIS PINEDA CHACON | §<br>§<br>§<br>§<br>§ | |
| Plaintiffs | §<br>§<br>§ | |
| Vs. | §<br>§ | |
| FORD MOTOR COMPANY<br>Defendant | §<br>§ | |

**FIRST AMENDED NOTICE OF INTENTION TO TAKE ORAL AND VIDEO DEPOSITION OF ENRIQUE LAGRANGE WITH SUBPOENA DUCES TECUM**

TO: *Defendant, Ford Motor Company*, by and through its attorney of record, Ronald D Wamsted, John W Chamless, II, Brown McCarroll, L.L.P., 111, Congress Avenue, Ste [illegible] Austin, Texas 78701.

PLEASE TAKE NOTICE THAT under Federal Rule of Civil Procedure [illegible] the Plaintiffs Jorge Enrique Pineda Morales and Maythem Giorgina Pineda Morales, Individually and as Administrator/ix of the Estate of Jorge Enrique Pineda Carvajal, Deceased; Beatriz Del Valle Pineda, Individually, Girogia Pineda Morales, Edward Enrique Pineda Morales, Individually; Dolores Chacon De Pineda, Individually and as Next Friend of Jorge Luis Pineda Chacon will take the oral and video deposition of *Enrique LaGrange*, will commence on

October 6, 2003 at 2:00 o'clock P.M., and continue thereafter from day to day until completed. The deposition will be taken at the Law Office of **Rodriguez, Colvin & Chaney, L.L.P., 1201 East Van Buren, Brownsville, Texas 78522** before a certified court reporter with **Hill & Romero Certified Court Reporters, 5415 North McColl, Suite 107, McAllen, Texas 78504; (956) 287-8898,** by stenographic and video means, to be used as evidence in the above styled and numbered cause of action.

In connection herewith, the deponent shall be served with the *Subpoena Duces Tecum* made a part hereof, ordering *Enrique LaGrange*, to produce on the above stated time and place any and all documents in his possession, custody or control set forth therein. Possession, custody or control includes constructive possession such that if the deponent has a superior right to compel the production from a third party, he or she have possession, custody or control.

For purpose of brevity and clarification of this notice of intent to take oral and video deposition and the attached *Subpoena Duces Tecum*, the following instructions and definitions will apply.

See hereto attached Exhibit "A"

Respectfully submitted,

LAW OFFICE OF MARK A. CANTU
The Atrium
1300 N. 10th Street, Ste. 400
McAllen, Texas 78501
Telephone: (956) 687-8181
Fax: (956) 687-8868

By: ___________________
JUAN A. GONZALEZ
Attorney in Charge
Federal No. 3472
State Bar No. 08129310

Ricardo G. Benavides

Federal ID 32205
Texas State Bar No. 24031735
ATTORNEYS FOR PLAINTIFFS

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing instrument has been forwarded to the following counsel of record via hand-delivery, facsimile, or certified mail return receipt on this the ___ day of September 2003.

Ronald D. Wamsted
John W. Chamless, II
Brown McCarroll, L.L.P.
111 Congress Avenue, Ste. 1400
Austin, Texas 78701
**Attorneys for Ford Motor Company**

Jaime Saenz
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren
P.O. Box 2155
Brownsville, Texas 78522
Attorneys for Ford Motor Company

Juan González

EXHIBIT "A"

INSTUCTIONS

You are hereby requested to produce on the date of your deposition to Plaintiffs, at the office of Rodriguez, Colvin & Chaney, L.L.P., 1201 East Van Buren, Brownsville, Texas 78522, copies of information, documents and tangible things, designated and attached herewith as Exhibit A, (Subpoena Duces Tecum) for examination, inspection, and copying which are within the possession, custody, or control of ***Enrique LaGrange*** pursuant to Rules 30(b)(1) and 45(a)(1)(c) of the Federal Rules of Civil Procedure.

The documents sought herein must be produced whether secured by you, your agent, representative, employee, investigator or attorney or any other person who has access to said documents. If any document cannot be produced, please explain why you are unable to produce said document. Plaintiffs request that ***Enrique LaGrange*** conduct a thorough search of those files where the requested documents and things are reasonably expected to be found or filed, and that ***Enrique LaGrange*** make inquiry of those persons reasonably expected to know the location of the requested documents and things.

If any documents requested were at one time in existence, but are no longer in existence, please so state, specifying for each document:

(a) the type of document;

(b) the types of information contained thereon,

(c) the date upon which it ceased to exist,

(c) the circumstances under which it ceased to exist;

(d) the identity of all persons having knowledge of the circumstances under which it ceased to exist; and

(e) the identity of all persons having knowledge or who had knowledge of the contents thereof.

This request is deemed continuing, and if, after producing the documents herein, you obtain or become aware of any further documents responsive to this Request, you are required to produce to Plaintiffs such additional documents through supplementation pursuant to Fed. R.Civ. P. 26(e).

If any documents covered by this Request are withheld by reason of a claim of privilege, pursuant to Fed. R. Civ. P. 26(b)(5), please provide a list, as part of your required response to this Request, identifying each document for which a privilege is claimed, together with the following information with respect to each document withheld:

a. Date of the document;

b. Author, sender and recipient of the document;

c. The identity of any person to whom copies were furnished;

d. The general subject matter of the document; and

e. The basis on which privilege is claimed.

For any requested document identified on deponent's privilege log, Plaintiffs reserve the right to request an in camera review to be performed by the Court.

DEFINITIONS

A. "You" and "Your": The terms "you" and "your" shall mean [illegible] employees, agents, and all other persons or entities acting or purporting to act on your behalf, whether authorized or not.

B. "Persons": The term "persons" shall include individuals, and every type of entity, whether formed for business purposes or not.

C. "Documents": The term "documents" shall mean writings of every type and from any source, including originals and non-identical copies hereof, that are in your possession, custody, or control or known by you to exist. This would include documents sent outside your organization to any source as well as documents intended for internal use only.

The term also includes communications not only in words, but in symbols, pictures, sound recordings, film, tapes, and information stored in, or accessible through, computer or other information storage or retrieval systems. If the information is kept in a computer or informational storage or retrieval system, the term also includes codes and programming instructions and other materials necessary to understand such systems.

The term includes, but is not limited to. calendars, checkbooks. agenda, agreements, analyses, bills, invoices, records of obligations and expenditures, corporate bylaws and charters, correspondence, diaries, files, legal documents, financial documents including balance sheets and profit and loss statements, letters, memorandum record telephone or in-person conferences, manuals books, press releases, purchase orders, records, schedules, memo of interviews, evaluations, written reports or tests or experiments, public relations releases, telegrams, teletypes, work papers, drafts of documents, and all other writings whose contents relate to the subject matter of the discovery request

## SUBPOENA DUCES TECUM

Pursuant to Federal Rules of Civil Procedure 30(b) (1) 45(a)(1)(c) deponent is directed to produce at the time and place of this deposition, the following documents:

1. Your current curriculum vitae or resume.

2. All publications, treatises or reference materials consulted by you in arriving at any opinions, impressions, deductions, findings or conclusions that you have made in connection with this lawsuit.

3. All written reports which in any way refer, pertain or relate to any opinions, impressions, conclusions or findings made in connection with your consultation in this lawsuit.

4. All notes generated by you or relied upon by you in connection with your consultation in this lawsuit.

5. All preliminary drafts of your findings or reports made in connection with your consultation in this lawsuit.

6. list of all publications authored by you either in whole or in part.

7. All letters, correspondence, records, documents, reports, investigative material, depositions, pleadings, photographs or any other form of written document furnished to you in connection with your consultation in this lawsuit.

8. All letters, correspondence, records, documents, reports, investigative material, pleadings, depositions, photographs or any other form of written document reviewed by you in connection with your consultation in this lawsuit.

9. A list of all lawsuits, including the style, cause number, and court in which you have testified by either deposition or by live testimony

10. Any and all files or other items or documents maintained by you or your office concerning your employment as a consultant in this lawsuit

11. All letters, correspondence, records, documents, agreements or contracts which in any way refer, pertain or relate to the fee arrangement for your services rendered in this litigation.

12. All records and/or documents which form a basis, either in whole or in part, of any opinions, impressions, conclusions or findings that you have made in connection with your consultation herein.

13. All invoices, bills statements or other writings which pertain or relate to all charges for consultation services rendered by you or your firm in connection with this lawsuit.

14. Your complete file in connection with this lawsuit.

LAW OFFICE OF
MARK A.
CANTÚ

Associates

GLENN D. ROMERO
Board Certified
Personal Injury Trial Law
Texas Board of Legal
Specialization

JUAN A. GONZALEZ
Board Certified
Labor & Employment Law
Texas Board of Legal
Specialization

RICARDO G. BENAVIDES
Attorney At Law

September 23, 2003

Ronald D. Wamsted
John W. Chambless, II.
Brown McCarroll, L.L.P.
111 Congress Avenue, Suite 1400
Austin, Texas 78701

Via Facsimile (512) 479-1101
and First Class Mail

Jaime Saenz
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren
P.O. Box 2155
Brownsville, TX 78522

Via Facsimile (956) 541-2170
and First Class Mail

Re: *Civil Action No B-03-061, Jorge Enrique Pineda Morales, et al vs. Ford Motor Company In the United States District Court, Southern District of Texas, Brownsville Division.*

Dear Counsel:

Enclosed please find the following in the above-referenced cause.

1. First Amended Notice of Intention to Take Oral and Video Deposition of Enrique LaGrange with Subpoena Duces Tecum; and,

2. First Amended Notice of Intention to Take Oral and Video Deposition of Victor Hugo Guerra Hernandez with Subpoena Duces Tecum.

Sincerely,

LAW OFFICE OF MARK A. CANTU

Ricardo G. Benavides

JAG/ac
Enclosures

THE ATRIUM
1300 NORTH 10TH STREET, SUITE 400
MCALLEN, TEXAS 78501
TEL (956) 687-8181
FAX (956) 687-8868

**LAW OFFICES OF MARK A CANTU**
**THE ATRIUM**
**1300 N. 10TH STREET, SUITE 400**
**MCALLEN, TEXAS 78501**
**TEL: 956/687-8181 FAX: 956/687-8868**

DATE: September 23, 2003

TIME:__________________

TO: Ronald D. Wamsted
John W. Chambless, II
**Brown McCarroll, II**

FAX NUMBER: (512) 479-1101

Jaime Saenz
**Rodriguez, Colvin & Chaney, L.L.P.**

FAX NUMBER: (956) 541-2170

TELEPHONE:

TOTAL NUMBER OF PAGES, INCLUDING THIS COVER LETTER: 18

IF YOU HAVE ANY QUESTIONS REGARDING THIS MATERIAL OR DID NOT RECEIVE ALL THE PAGES, PLEASE CONTACT SENDER AT (956) 687-8181.

OTHER COMMENTS: Letter dated September 23, 2003 to counsel with First Amended Notice of Intention to Take Oral and Video Deposition of Victor Hugo Guerra Hernandez and Notice of Intention to Take Oral and Video Deposition of Enrique Lagrange. Thank you.

This facsimile contains CONFIDENTIAL INFORMATION which may be legally privileged and which is intended only for the use of the addressee(s) named above. If you are not the intended recipient of this facsimile, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this facsimile may be strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone and return the original facsimile to us at the above address via the United States Postal Service. THANK YOU.

TRANSMISSION VERIFICATION REPORT

TIME : 09/23/2003 05:44
NAME : MARK A CANTU
FAX : 9566878868
TEL : 9566878181

| | |
|---|---|
| DATE,TIME | 09/23 05:40 |
| FAX NO./NAME | 15124791101 |
| DURATION | 00:03:57 |
| PAGE(S) | 18 |
| RESULT | OK |
| MODE | STANDARD<br>ECM |

TRANSMISSION VERIFICATION REPORT

TIME : 09/23/2003 05:29
NAME : MARK A CANTU
FAX : 9566878868
TEL : 9566878181

| | |
|---|---|
| DATE,TIME | 09/23 05:25 |
| FAX NO./NAME | 5412170 |
| DURATION | 00:03:44 |
| PAGE(S) | 17 |
| RESULT | OK |
| MODE | STANDARD<br>ECM |

TRANSMISSION VERIFICATION REPORT

TIME : 09/23/2003 06:15
NAME : MARK A CANTU
FAX : 9566878868
TEL : 9566878181

| | |
|---|---|
| DATE,TIME | 09/23 06:11 |
| FAX NO./NAME | 15124791101 |
| DURATION | 00:03:46 |
| PAGE(S) | 17 |
| RESULT | OK |
| MODE | STANDARD<br>ECM |

United States District Court
Southern District of Texas
FILED

SEP 2 2 2003

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

| | | |
|---|---|---|
| JORGE ENRIQUE PINEDA MORALES And MAYTHEM GIORGINA PINEDA MORALES, INDIVIDUALLY AND AS ADMINISTRATOR/IX OF THE ESTATE OF JORGE ENRIQUE PINEDA CARVAJAL, Deceased; BEATRIZ DEL VALLE PINEDA, INDIVIDUALLY, GIORGIA PINEDA MORALES, EDWARD ENRIQUE PINEDA MORALES, INDIVIDUALLY; | § | |
| DOLORES CHACON DE PINEDA, INDIVIDUALLY AND AS NEXT FRIEND OF JORGE LUIS PINEDA CHACON | § | CIVIL ACTION NO. B-03-061 |
| Plaintiffs | § | |
| Vs. | § | |
| FORD MOTOR COMPANY<br>Defendant | § | |

PLAINTIFFS' MOTION TO EXTEND TIME FOR *FORUM NON CONVENIENS* AND CONFLICT OF LAWS DISCOVERY

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW the Plaintiffs, JORGE ENRIQUE PINEDA MORALES AND MAYTHEM GIORGINA PINEDA MORALES, INDIVIDUALLY AND AS ADMINISTRATOR/IX OF THE ESTATE OF JORGE ENRIQUE PINEDA CARVAJAL, Deceased; BEATRIZ DEL VALLE PINEDA, INDIVIDUALLY, GIORGIA PINEDA MORALES, EDWARD ENRIQUE PINEDA MORALES, INDIVIDUALLY; DOLORES CHACON DE PINEDA, INDIVIDUALLY AND AS



relevant to *forum non conveniens motions*. Indeed, the development of the relevant facts is vital to a decision strong enough to withstand appeal. *La Seguridad v. Transytur Line*, 707 F.2d 1304, 1308-10 (S.D.N.Y. 1994). In *In re Bridgestone/Firestone*, where defendants filed motions for dismissal on the basis of *forum non conveniens*, the multi-district court granted the plaintiff's motion to have the court set a discovery and briefing schedule noting that "some discovery is necessary to the consideration of Defendants' motions." *In re Bridgstone/Firestone, Inc.*, 131 F.Supp. 2d 1027, 1030 (S.D. Indiana 2001). In the case at bar, the Court has allowed the parties to engage in *forum non conveniens* discovery however, additional time is needed to complete discovery for the following reasons.

1. Defendants make a number of sweeping assertions regarding the private and public factors enunciated in *Gulf Oil* in support of its *forum non conveniens* motion. Defendants have not submitted any evidence, even affidavits, supporting its factual claims, which raise the question of what is really known about the facts pertinent to Defendants' motions. Plaintiffs' seek to determine, clarify and verify the facts pertinent to Defendant's motion by use of written discovery.

2. Plaintiffs seek to depose Enrique Lagrange and Victor Hugo [illegible], Defendant's proposed foreign law experts, and to conduct other expert discovery. Discovery as to the qualifications of and the basis for Lagrange's and [illegible] opinions and conclusions appropriate here, as it is generally for the testimony of experts. *Haarhuis v. Kunnan Enterprises, Ltd.*, 223 B.R. 252, 257 (D.D.C. 1998). Further, depositions of Defendants' proposed experts are necessary to prepare, file and argue a *Daubert* challenge.

## III. Conclusion and Prayer

WHEREFORE PREMISES CONSIDERED, Plaintiffs respectfully request and pray that this Court grant their Motion to Extend Time to conduct *forum non conveniens* and conflict of laws discovery and to allow Plaintiffs additional time to prepare and submit its sur-reply based on that discovery prior to the Court either ruling on the merits based solely on the submitted motion and responses or scheduling a hearing on Defendant's motion and the presentation of oral argument.

Respectfully submitted,

LAW OFFICE OF MARK A. CANTU
*THE ATRIUM*
1300 N. 10th St., Suite 400
McAllen, Texas 78501
Tel: 956/687-8181
Fax. 956/687-8868

Juan A. Gonzalez
State Bar No. 08129[illegible]
Ricardo G. Benavides
State Bar No. 24051735

ATTORNEYS FOR PLAINTIFFS

CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing instrument has been forwarded to the following counsel of record via telefax, certified mail return receipt requested, regular mail and/or hand delivery on this the [illegible] day of September 2003.

Ronald D. Wamsted
John W. Chamless, II
Brown McCarroll, L.L.P.
111 Congress Avenue, Ste. 1400
Austin, Texas 78701

Jaime Saenz
Rodriguez, Colvin & Chaney, L.L.P.
P.O. Box 2155
Brownsville, Texas 78522
Attorneys for Ford Motor Company

JUAN A. GONZALEZ
RICARDO G. BENAVIDES

Brown McCarroll L.L.P.

111 Congress Avenue, Suite 1400, Austin, Texas 78701-4043
512-472-5456 fax 512-479-1101
direct (512) 479-1122 jchambless@mailbmc.com

October 1, 2003

VIA FAX

Juan A. Gonzalez
Law Office of Mark A. Cantu
The Atrium
1300 North 10th Street, Suite 400
McAllen, Texas 78501

Re: Civil Action No. B-03-061; *Jorge Enrique Pineda Morales, et al vs. Ford Motor Company*; In the United States District Court, Southern District of Texas, Brownsville Division

Dear Mr. Gonzalez:

We are in receipt of your Notices of Deposition (as Amended) for Victor Hugo Guerra Hernandez and Enrique LaGrange. Please be advised that we object to the notices and will not be presenting them for deposition.

Very truly yours,

John W. Chambless, II

JWC:mac

cc: Mike Eady
Juan Alcala

AUS:2070432.1
13486.95555








Attorneys At Law

Austin • Dallas • Houston • Longview

# FAX COVER SHEET

AUSTIN OFFICE
111 Congress Avenue
Suite 1400
Austin, Texas 78701-4043

512-479-1122 (512) 479-1101 (FAX)

| | | | |
|---|---|---|---|
| **TO:** | Juan A. Gonzalez | **FROM:** | John W. Chambless, II |
| Company: | Law Office of Mark A. Cantu | User ID: | 5493 |
| Phone No.: | 956-687-8181 | Client/Matter No.: | 13486.95555 |
| FAX No.: | 956-687-8868 | Total Pages: | 2 (including cover) |

**DATE:** October 1, 2003 **Confirmation Receipt Required** ☐ Yes ☐ No

**MESSAGE:** Jorge Morales, et al. Vs. Ford Motor Company

*This facsimile message is PRIVILEGED and CONFIDENTIAL attorney-client communication and is transmitted for the exclusive information and use of the addressee. Persons responsible for delivering this communication to the intended recipient are admonished that this communication may not be copied or disseminated except as directed by the addressee. If you receive this communication in error, please notify us immediately by telephone at (512) 472-5456, ext. 2613.*

Completed By: ______________________ Date: ______________ Time: __________