THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

United States District
Southern District of
FILED

OCT 2 3 2003

Michael N. Milby
Clerk of Court

**HEARING ON MOTION TO COMPEL
HELD TELEPHONICALLY**

CIVIL ACTION NO. B-03-061    DATE & TIME 10/23/03 @ 10:00 - 10:26 am

COUNSEL:

JORGE ENRIQUE PINEDA MORALES, ET AL   §   Juan A. Gonzalez & Ricardo Benavides

VS                                    §

FORD MOTOR COMPANY                    §   Juan Alcala & Mike Eady

Courtroom Deputy: Irma Soto
Law Clerk:        Christian Southwick
Court Reporter:   Barbara Barnard
CSO:

Case called on the docket.

Juan Gonzalez & Ricardo Benavides appeared for the Plaintiffs. Juan Alcala & Mike Eady appeared for the Defendant. Attorneys appeared telephonically.

Court addresses the issue of depositions. After arguments of counsel, Court instructs the Defendant to accommodate the deposition request. Plaintiffs are to accommodate Defendant's request for depositions if requested by the Defendant and parties are to address the forum non conveniens issue. This is to be done by 11/15/03.

Any supplemental requests or responses are due by Thanksgiving.

Court is adjourned.