United States District Court
Southern District of Texas
FILED

OCT 3 0 2003

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

| | | |
|---|---|---|
| JORGE ENRIQUE PINEDA MORALES And MAYTHEM GIORGINA PINEDA MORALES, INDIVIDUALLY AND AS ADMINISTRATOR/IX OF THE ESTATE OF JORGE ENRIQUE PINEDA CARVAJAL, Deceased; BEATRIZ DEL VALLE PINEDA, INDIVIDUALLY, GIORGIA PINEDA MORALES, EDWARD ENRIQUE PINEDA MORALES, INDIVIDUALLY; | § § § § § § § § § § § § § | CIVIL ACTION NO. B-03-061 |
| DOLORES CHACON DE PINEDA, INDIVIDUALLY AND AS NEXT FRIEND OF JORGE LUIS PINEDA CHACON | § § § § § | |
| Plaintiffs | § § § | |
| Vs. | § § | |
| FORD MOTOR COMPANY Defendant | § § § | |

**NOTICE OF TRANSLATIONS OF SPANISH DECLARATIONS TO PLAINTIFFS'
RESPONSE TO DEFENDANTS' MOTION TO DISMISS FOR
FORUM NON CONVENIENS**

TO THE HONORABLE JUDGE OF SAID COURT:

I.

Plaintiffs **JORGE ENRIQUE PINEDA MORALES** And **MAYTHEM GIORGINA PINEDA MORALES, INDIVIDUALLY AND AS ADMINISTRATOR/IX OF THE ESTATE OF JORGE ENRIQUE PINEDA CARVAJAL,** Deceased; **BEATRIZ DEL VALLE PINEDA, INDIVIDUALLY, GIORGIA PINEDA MORALES, EDWARD ENRIQUE PINEDA MORALES, INDIVIDUALLY; DOLORES CHACON DE PINEDA,**

1

**INDIVIDUALLY AND AS NEXT FRIEND OF JORGE LUIS PINEDA CHACON**, hereby notify the court of certain translations of Spanish Declarations to Plaintiffs' Response to Defendants' Motion to Dismiss for Forum Non Conveniens thereto and would show unto the court as follows:

> With respect to the "Declaracion Bajo Pena De Perjurio" of Torres Macho, Plaintiffs' counsel submit and incorporate as Exhibit "A" the English translation of the Spanish Declaration, "Declaration Under Penalty of Perjury" of Torres Macho.
>
> With respect to the "Declaracion Bajo Pena De Perjurio" of Elias Pena, Plaintiffs' counsel submit and incorporate as Exhibit "B" the English translation of the Spanish Declaration, "Declaration Under Penalty of Perjury" of Elias Pena

## II.

Plaintiffs hereby notify the court of these English translations of the Spanish Declarations so that Plaintiffs' Response to Defendants' Motion to Dismiss for Forum Non Conveniens can be accurately analyzed and considered by the court.

Dated: October 30, 2003

Respectfully submitted,

By: _____
JUAN A. GONZALEZ
Attorney in Charge
Federal No. 3472
State Bar No. 08129310

Ricardo G. Benavides
Federal No. 32205
State Bar No. 24031735

**LAW OFFICE OF MARK A CANTU**
The Atrium
1300 N. 10th Street, Ste. 400
McAllen, Texas 78501
Telephone: (956) 687-8181
Fax: (956) 687-8868

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing instrument was delivered via hand delivery, telefax, certified mail return receipt requested and/or regular mail to the following counsel of record on this the 30th day October 2003.

John W. Chamless, II
Ronald D. Wamsted
Brown McCarroll, L.L.P.
111 Congress Avenue, Ste. 1400
Austin, Texas 78701
**Attorney for Ford Motor Company**

Jaime Saenz
Rodriguez, Colvin & Chaney, L.L.P.
P.O. Box 2155
Brownsville, Texas 78522
**Attorneys for Ford Motor Company**

Juan A. Gonzalez

# "TRANSLATION OF THE DECLARATION UNDER PENALTY OF PERJURY OF ELIAS PENA"

**FRICKEL'S TRANSLATIONS AND INTERPRETING**

MISSION 956-585-4647 – EDINBURG 956-380-6700 – FAX 956-380-6447- CELL 956-453-7846

E-mail address: Frickel00@cs.com



PLAINTIFF'S EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

| | | |
|---|---|---|
| JORGE ENRIQUE PINEDA MORALES And MAYTHEM GIORGINA PINEDA MORALES, INDIVIDUALLY AND AS ADMINISTRATOR/IX OF THE ESTATE OF JORGE ENRIQUE PINEDA CARVAJAL, Deceased; BEATRIZ DEL VALLE PINEDA, INDIVIDUALLY, GIORGIA PINEDA MORALES, EDWARD ENRIQUE PINEDA MORALES, INDIVIDUALLY; DOLORES CHACON DE PINEDA, INDIVIDUALLY AND AS NEXT FRIEND OF JORGE LUIS PINEDA CHACON<br><br>Plaintiffs<br><br>Vs.<br><br>FORD MOTOR COMPANY<br>Defendant | § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. B-03-061 |

## DECLARATION UNDER PENALTY OF PERJURY

I, Elias Pena, 2nd Police Sergeant of the Republica Bolivariana De Venezuela Ministerio De Infraestructura Servicio Autonomo De Transporte Y Transito Terrestre Direccion De Vigilancia U.E.V.T.T. No. 53 "Barinas," am an individual who has personal knowledge and am likely to have discoverable information relevant to the above referenced cause of action.

I am the officer who investigated and completed an accident report for the traffic accident that is the subject of the above referenced cause of action.

I declare that I am voluntarily willing to present myself and appear for deposition in Venezuela or Aruba without the necessity of a subpoena and would require only that travel, meals and lodging be provided.

"I declare under penalty of perjury under the laws of the United States of America

1

that the foregoing is true and correct."

EXECUTED on __26- Sept-__, 2003

Translator's Note:

It says: **ELIAS PENA** (There follows an illegible signature)

2

# "TRANSLATOR'S CERTIFICATION AND AFFIDAVIT"

**FRICKEL'S TRANSLATIONS AND INTERPRETING**

MISSION 956-585-4647 – EDINBURG 956-380-6700 – FAX 956-380-6447- CELL 956-453-7846

E-mail address: Frickel00@cs.com

## "CERTIFICATION OF THE TRANSLATOR"

"I, **MONICA S. FRICKEL,** as a university graduated translator with expertise in Legal, Commercial, Literary and Scientific Translations and as a Licensed Court Interpreter for the State of Texas No. 1014, **CERTIFY** that this is a true and correct translation, to the best of my knowledge and abilities of **"THE DECLARATION UNDER PENALTY OF PERJURY OF MR. ELIAS PENA"** which I have had before me and to which I beg you to refer to. In this city of Edinburg, Texas. On September 30, 2003."

I CERTIFY

Monica S. Frickel
University Graduated Translator
Texas Licensed Court Interpreter #1014

# AFFIDAVIT

**September 30, 2003**

1. My name is Monica S. Frickel. All statements made in this affidavit are true and correct and they are based upon my personal knowledge. I am competent to make this affidavit.

2. I was born in Misiones, Argentina. It was in Argentina where I attended the school and the University.

3. I am a professional translator. After five years in the University where I took 79 subjects plus the compulsory assistance to conferences, I was granted a university degree in translations with expertise in Legal, Commercial, Literary and Scientific translations from Spanish into English and from English into Spanish.

4. The **University Degree** that I have is from the "UNIVERSIDAD ADVENTISTA DEL PLATA" which is a branch of the "Adventist University of Loma Linda" in Loma Linda, California.

5. I have also passed the "Bowne Global Solutions" former "Berlitz Institute" exam to receive their certificate for "**Court Interpreters.**" (**Language: Spanish**)

6. I am a "**State Licensed Court Interpreter for the State of Texas**" (License **Number: 1014**)

7. I have been a self-employed as an English/Spanish translator and interpreter for almost 6 years in the Rio Grande Valley. I have served as an interpreter in the Federal Court in the Southern District of Texas with U.S. Magistrate Felix Recio and U.S. Magistrate William Black. I also served as an interpreter in an interim basis in the Federal Court before U. S. Magistrate Dorina Ramos U.S. Magistrate Tracy Caperton, The Honorable Judge Randy Crane, and the Honorable Judge Ricardo Hinojosa in the U. S. District Court, Southern District of Texas, McAllen Division. On several occasions, I have been retained to work as an interpreter for the Federal Depositions taken by the U. S. Attorneys in Brownsville, Texas. I work as an interpreter, on a regular bases, for the State Bar of Texas, Harlingen field, in the Hearings conducted by The Grievance Committee for the State Bar.

8. I also assist governmental agencies and private agencies like the "Texas Commission For the Blind" in their conferences and workshops.

1

9. I hereby certify that all the translations made by me are fair and accurate to the best of my knowledge and abilities.

10. Attached are true and correct copies of translations done by me.

FURTHER AFFIANT SAYETH NOT

MONICA S. FRICKEL

SWORN and SUBSCRIBED TO BEFORE ME BY the said Monica S. Frickel on this 30th day of September 2003.



Notary Public, State of Texas

My Commission Expires: 2-14-06

2

# "TRANSLATION OF THE DECLARATION UNDER PENALTY OF PERJURY OF TORRES MACHO"

**FRICKEL'S TRANSLATIONS AND INTERPRETING**

MISSION 956-585-4647 – EDINBURG 956-380-6700 – FAX 956-380-6447- CELL 956-453-7846

E-mail address: Frickel00@cs.com



PLAINTIFF'S EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

| | | |
|---|---|---|
| JORGE ENRIQUE PINEDA MORALES And MAYTHEM GIORGINA PINEDA MORALES, INDIVIDUALLY AND AS ADMINISTRATOR/IX OF THE ESTATE OF JORGE ENRIQUE PINEDA CARVAJAL, Deceased; BEATRIZ DEL VALLE PINEDA, INDIVIDUALLY, GIORGIA PINEDA MORALES, EDWARD ENRIQUE PINEDA MORALES, INDIVIDUALLY; DOLORES CHACON DE PINEDA, INDIVIDUALLY AND AS NEXT FRIEND OF JORGE LUIS PINEDA CHACON<br><br>   Plaintiffs<br><br>Vs.<br><br>FORD MOTOR COMPANY<br>   Defendant | § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. B-03-061 |

## DECLARATION UNDER PENALTY OF PERJURY

I, Torres Macho M.D. a physician with the Clinica San Jose located at Socopo-Estado Barinas, am an individual who has personal knowledge and am likely to have discoverable information relevant to the above referenced cause of action.

I am the physician who received and provided treatment to individuals who were involved in a motor vehicle accident that is the subject of the above referenced cause of action.
I declare that I am voluntarily willing to present myself and appear for deposition in Venezuela or Aruba without the necessity of a subpoena and would require only that travel, meals and lodging be provided.

"I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct."

EXECUTED on ___25-Sept-___, 2003

Translator's Note:

It says: **TORRES MACHO, MD** (There follows an illegible signature)

Over the signature there is a stamp, which is partially legible, what can be read says: **DR. HECTOR D. TORRES MACHO.   SURGEON PHYSICIAN.   I.D. 4128** (Illegible).**85.  M.S.A.S.  18346.**

2

# "TRANSLATOR'S CERTIFICATION AND AFFIDAVIT"

**FRICKEL'S TRANSLATIONS AND INTERPRETING**
MISSION 956-585-4647 – EDINBURG 956-380-6700 – FAX 956-380-6447- CELL 956-453-7846
E-mail address: Frickel00@cs.com

## "CERTIFICATION OF THE TRANSLATOR"

"I, **MONICA S. FRICKEL,** as a university graduated translator with expertise in Legal, Commercial, Literary and Scientific Translations and as a Licensed Court Interpreter for the State of Texas No. 1014, **CERTIFY** that this is a true and correct translation, to the best of my knowledge and abilities of **"THE DECLARATION UNDER PENALTY OF PERJURY OF MR. TORRES MACHO"** which I have had before me and to which I beg you to refer to. In this city of Edinburg, Texas. On September 30, 2003."

I CERTIFY

Monica S. Frickel
University Graduated Translator
Texas Licensed Court Interpreter #1014

## AFFIDAVIT

**September 30, 2003**

1. My name is Monica S. Frickel. All statements made in this affidavit are true and correct and they are based upon my personal knowledge. I am competent to make this affidavit.

2. I was born in Misiones, Argentina. It was in Argentina where I attended the school and the University.

3. I am a professional translator. After five years in the University where I took 79 subjects plus the compulsory assistance to conferences, I was granted a university degree in translations with expertise in Legal, Commercial, Literary and Scientific translations from Spanish into English and from English into Spanish.

4. The **University Degree** that I have is from the "UNIVERSIDAD ADVENTISTA DEL PLATA" which is a branch of the "Adventist University of Loma Linda" in Loma Linda, California.

5. I have also passed the "Bowne Global Solutions" former "Berlitz Institute" exam to receive their certificate for **"Court Interpreters." (Language: Spanish)**

6. I am a **"State Licensed Court Interpreter for the State of Texas" (License Number: 1014)**

7. I have been a self-employed as an English/Spanish translator and interpreter for almost 6 years in the Rio Grande Valley. I have served as an interpreter in the Federal Court in the Southern District of Texas with U.S. Magistrate Felix Recio and U.S. Magistrate William Black. I also served as an interpreter in an interim basis in the Federal Court before U. S. Magistrate Dorina Ramos U.S. Magistrate Tracy Caperton, The Honorable Judge Randy Crane, and the Honorable Judge Ricardo Hinojosa in the U. S. District Court, Southern District of Texas, McAllen Division. On several occasions, I have been retained to work as an interpreter for the Federal Depositions taken by the U. S. Attorneys in Brownsville, Texas. I work as an interpreter, on a regular bases, for the State Bar of Texas, Harlingen field, in the Hearings conducted by The Grievance Committee for the State Bar.

8. I also assist governmental agencies and private agencies like the "Texas Commission For the Blind" in their conferences and workshops.

9. I hereby certify that all the translations made by me are fair and accurate to the best of my knowledge and abilities.

10. Attached are true and correct copies of translations done by me.

FURTHER AFFIANT SAYETH NOT

MONICA S. FRICKEL

SWORN and SUBSCRIBED TO BEFORE ME BY the said Monica S. Frickel on this 30th day of September 2003.



Notary Public, State of Texas

My Commission Expires: 2-14-06

2