IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 28 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JORGE ENRIQUE PINEDA MORALES And MAYTHEM GIORGINA PINEDA MORALES, INDIVIDUALLY AND AS ADMINISTRATOR/IX OF THE ESTATE OF JORGE ENRIQUE PINEDA CARVALJAL, Deceased; BEATRIZ DEL VALLE PINEDA, INDIVIDUALLY GIORGIA PINEDA MORALES, EDWARD ENRIQUE PINEDA MORALES, INDIVIDUALLY; DOLORES CHACON DE PINEDA, INDIVIDUALLY AND AS NEXT FRIED OF JORGE LUIS PINEDA CHACON Plaintiffs vs FORD MOTOR COMPANY, Defendant | § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. B-03-061 |

## ORDER ON PLAINTIFFS' MOTION TO ENLARGE TIME

After considering Plaintiffs' opposed motion to enlarge time to file Plaintiffs' surreply to Defendant's motion to dismiss, the Court **FINDS** there is cause to enlarge the time to filed Plaintiffs' surreply to Defendant's motion to dismiss after the current deadline of November 26, 2003. Therefore, the Court **GRANTS** the request to enlarge the time until December 19, 2003, said surreply to be filed by noon on that day.

SIGNED on November 26, 2003.

Andrew S. Hanen
United States District Judge