United States District Court
Southern District of Texas
FILED

DEC 1 5 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JORGE ENRIQUE PINEDA MORALES | § | |
| AND MAYTHEM GIORGINA PINEDA | § | |
| MORALES, INDIVIDUALLY AND AS | § | |
| ADMINISTRATOR/IX OF THE ESTATE | § | |
| OF JORGE ENRIQUE PINEDA CARVAJAL, | § | |
| DECEASED; BEATRIZ DEL VALLE PINEDA, | § | CIVIL ACTION NO. B-03-061 |
| INDIVIDUALLY; THEMMAY GIORGIA | § | |
| PINEDA MORALES; EDWARD ENRIQUE | § | |
| PINEDA MORALES, INDIVIDUALLY; | § | |
| | § | |
| DOLORES CHACON PINEDA, | § | |
| INDIVIDUALLY AND AS NEXT FRIEND OF | § | |
| JORGE LUIS PINEDA CHACON | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | |
| | § | |
| FORD MOTOR COMPANY | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT FORD MOTOR COMPANY'S SUPPLEMENTAL INITIAL DISCLOSURES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Ford Motor Company ("Ford"), Defendant in the above-styled civil

action, and hereby files its supplemental responses to initial disclosures pursuant to Fed. R. Civ.

P. 26(a)(1).

Respectfully submitted,

BROWN McCARROLL, L.L.P.
111 Congress Avenue, Suite 1400
Austin, Texas 78701
(512) 472-5456
(512) 479-1101 Fax


By: _____

Ronald D. Wamsted
Attorney-In-Charge
State Bar No. 20832000
Southern District Admissions No. 17108
John W. Chambless, II
State Bar No. 00796334

ATTORNEYS FOR DEFENDANT
FORD MOTOR COMPANY


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded via certified mail, to all counsel of record on this 11th day of December, 2003.

Juan A. Gonzalez
LAW OFFICE OF MARK A. CANTU
The Atrium
1300 N. 10th, Suite 400
McAllen, Texas 78501


_____
Ron D. Wamsted

## SUPPLEMENTAL INITIAL DISCLOSURES

*Rule 26(a)(1)(A)* **The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information;**

### SUPPLEMENTAL EXHIBIT "A"

| | |
|---|---|
| Alvarran, Jose Rojas | Firefighter in Venezuela. |
| Chacon, Ana Dolores | Passenger in the subject vehicle. |
| Macho, Dr. Hector Torres | Emergency room doctor in Venezuela. |
| Meza, Rafael | Tow truck driver in Venezuela. |
| Molina, Fabio Flores | "Highway Assistance" employee in Venezuela. |
| Ramos, Richard Hernandez | Municipal Police Officer in Venezuela. |
| Rojas, Antonio | Civil Protection General Coordinator in Venezuela. |
| Venero, Alvaro | Police agent in Venezuela.  Badge # 1477. |
| | |

*Rule 26(a)(1)(B).* **A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment;**

See attached Venezuelan police/accident report and attached tow truck driver report and statement.