United States District Court
Southern District of Texas
FILED

JAN 1 2 2004

Michael N. Milby
Clerk of Court

THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

HEARING ON PLAINTIFF'S MOTION TO COMPEL
(HELD TELEPHONICALLY IN CHAMBERS)

CIVIL ACTION NO. B-03-061   DATE & TIME: 1/9/04 @ 3:30-4:20 p.m.

COUNSEL:

JORGE ENRIQUE PINEDA MORALES, ET AL   § Juan Gonzalez & Ricardo Benavides

VS   §

FORD MOTOR COMPANY   § John Chambless & Juan Alcala

Courtroom Deputy: Irma Soto
Law Clerk:        Christian Southwick
Court Reporter:   Barbara Barnard

Case called on the docket. Juan Gonzalez & Ricardo Benavides appeared telephonically for the Plaintiffs. John Chambless & Juan Alcala appeared telephonically for the Defendant.

Court addresses Plaintiffs' Motion to Compel (DE #-31-**terminate**). Defendant to respond by 1/28/04. Plaintiffs to supplement any filings by 3/11/04.

Court is adjourned.