UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

United States District Court
Southern District of Texas
FILED

JAN 2 3 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JORGE ENRIQUE PINEDA MORALES And MAYTHEM GIORGINA PINEDA MORALES, INDIVIDUALLY AND AS ADMINISTRATOR/IX OF THE ESTATE OF JORGE ENRIQUE PINEDA CARVAJAL, Deceased; BEATRIZ DEL VALLE PINEDA, INDIVIDUALLY, GIORGIA PINEDA MORALES, EDWARD ENRIQUE PINEDA MORALES, INDIVIDUALLY; DOLORES CHACON DE PINEDA, INDIVIDUALLY AND AS NEXT FRIEND OF JORGE LUIS PINEDA CHACON<br><br>Plaintiffs<br><br>Vs.<br><br>FORD MOTOR COMPANY<br>Defendant | § § § § § § § § § § § § § § § § § § § § § § § § § § § § CIVIL ACTION NO. B-03-061 |

---

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME FOR DISCOVERY**

---

TO THE HONORABLE JUDGE OF SAID COURT:

**Plaintiffs ask the Court to grant additional time for the parties to name their respective experts and provide their reports and to complete discovery, as authorized by Federal Rule of Civil Procedure 6(b) because the issue of dismissal based on forum non conveniens remains pending before the Court.**

### A.   Background

1.   On July 21, 2003, this Court entered a Scheduling Order on the above numbered and styled cause.

1

2. Pursuant to the existing Scheduling Order, Plaintiffs' experts are to be named with a report furnished by January 28, 2004. Defendant's experts are to be named with a report furnished by March 12, 2004. Discovery is required to be completed by April 6, 2004.

3. To date, neither party has named any experts nor conducted written discovery as to the merits of the case because Defendant's motion to dismiss on grounds of *forum non conveniens* remains pending before the Court. As a practical matter, neither party wishes to expend time and resources on experts or written discovery until Defendant's motion is ripe for hearing and the Court issues its ruling.

4. On January 9, 2004, a telephonic hearing was held regarding *forum non conveniens* discovery disputes. The Court issued certain rulings with deadlines of January 30, 2004 for the Defendants and February 13, 2004 for the Plaintiffs.

5. Plaintiffs filed this request for an extension as soon as they became aware of the need for additional time and before the deadline.

6. Plaintiffs request the following:

   (1) an additional 30 days, from the date of the Court's ruling on the Defendant's motion to dismiss, for Plaintiffs to name its experts and furnish their reports;

   (2) an additional 60 days, from Plaintiffs' deadline to designate its experts and furnish their reports, for Defendant to name its experts and furnish their reports; and

   (3) an additional 30 days, from the Defendant's deadline to name its experts and furnish their reports, in order for the parties to complete discovery.

## B.      Argument

7.      This Court may grant a request for extension of time for "cause shown." FED.R.CIV.P. 6(b).

8.      Plaintiffs request additional time for each party to name their respective experts and furnish their reports and to complete discovery as to the merits of the case because Defendant's motion to dismiss remains pending before the Court and to require the parties to name their experts, furnish their reports, and initiate discovery as to the merits of the case before the Court renders its ruling on Defendant's motion to dismiss would be a waste of the parties' resources.

9.      Plaintiffs have been authorized to state that Defendant does not oppose an extension of time.

10.     Plaintiffs request for additional time is for cause shown, as stated in this motion, not to delay these proceedings.

## C.      Conclusion and Prayer

WHEREFORE PREMISES CONSIDERED, Plaintiffs respectfully request and pray that this Court grant their Motion to Extend Time in the following manner:

(1) an additional 30 days, from the date of the Court's ruling on the Defendant's motion to dismiss, for Plaintiffs to name its experts and furnish their reports;

(2) an additional 60 days, from Plaintiffs' deadline to designate its experts and furnish their reports, for Defendant to name its experts and furnish their reports; and

(3) an additional 30 days, from the Defendant's deadline to name its experts and furnish their reports, in order for the parties to complete discovery.

3

Respectfully submitted,

**LAW OFFICE OF MARK A. CANTU**
*THE ATRIUM*
1300 N. 10th St., Suite 400
McAllen, Texas 78501
Tel: 956/687-8181
Fax: 956/687-8868

_____
Juan A. Gonzalez
State Bar No. 08129310
Ricardo G. Benavides
State Bar. No. 24031735

ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF CONFERENCE**

I hereby certify that my office has contacted counsel for Defendant John W. Chamless, II in this matter and he is unopposed to this motion.

_____
JUAN A. GONZALEZ
RICARDO G. BENAVIDES

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing instrument has been forwarded to the following counsel of record via telefax, certified mail return receipt requested, regular mail and/or hand delivery on this the 22ND day of January 2004.

Ronald D. Wamsted
John W. Chamless, II
Brown McCarroll, L.L.P.
111 Congress Avenue, Ste. 1400
Austin, Texas 78701

Jaime Saenz
Rodriguez, Colvin & Chaney, L.L.P.
P.O. Box 2155
Brownsville, Texas 78522
**Attorneys for Ford Motor Company**

JUAN A. GONZALEZ
RICARDO G. BENAVIDES