IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JORGE ENRIQUE PINEDA MORALES and MAYTHEM GIORGINA PINEDA MORALES, INDIVIDUALLY AND AS ADMINISTRATOR/IX OF THE ESTATE OF JORGE ENRIQUE PINEDA CARVAJAL, Deceased; BEATRIZ DEL VALLE PINEDA, INDIVIDUALLY, GIORGIA PINEDA MORALES, EDWARD ENRIQUE PINEDA MORALES, INDIVIDUALLY, | § | United States District Court Southern District of Texas ENTERED JAN 2 7 2004 Michael N. Milby, Clerk of Court By Deputy Clerk |
| DOLORES CHACON DE PINEDA, INDIVIDUALLY AND AS NEXT FRIEND OF JORGE LUIS PINEDA CHACON, | § | CIVIL NO. B-03-061 |
| Plaintiffs | § | |
| VS. | § | |
| FORD MOTOR COMPANY | § | |
| Defendants | § | |

**ORDER SETTING HEARING ON PLAINTIFFS' UNOPPOSED
MOTION TO EXTEND TIME TO CONDUCT DISCOVERY**

On the 27th day of _____, 2004, this Court considered the parties request for a hearing on Plaintiffs' Unopposed Motion to Extend Time to Conduct Discovery in the above-entitled and numbered cause, and the Court having reviewed the request, finds that parties' request should be **GRANTED**;

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that a telephonic hearing on Plaintiffs' Unopposed Motion to Extend Time to Conduct Discovery is **GRANTED**, and

the hearing is set for the **29th** day of **January, 2004** at **1:00 p.m.** Plaintiff is to set up the conference. Counsel are to use land-based phones only.

    Signed this the 27th day of January, 2004.

                                                  Andrew S. Hanen
                                                 United States District Judge