```
                IN THE UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF TEXAS
                       BROWNSVILLE DIVISION
```

United States District Court
Southern District of Texas
FILED

JAN 2 2 2004

Michael N. Milby
Clerk of Court

```
 ─────────────────────────────────────
                                      )
JORGE ENRIQUE PINEDA MORALES, ET      )
AL                                    )
                                      )
                                      ) CIVIL ACTION NO.
VS.                                   ) CA B-03-061
                                      )
FORD MOTOR COMPANY                    )
                                      )
 ─────────────────────────────────────
```

                    TELEPHONIC HEARING
          BEFORE THE HONORABLE ANDREW S. HANEN
                    JANUARY 9, 2004

APPEARANCES:

| | |
|---|---|
| For the Plaintiffs: | MR. JUAN A. GONZALEZ |
| | MR. RICARDO G. BENAVIDES |
| | Law Office of Mark A. Cantu |
| | The Atrium |
| | 1300 North 10th Street, Suite 400 |
| | McAllen, Texas  78501 |
| | |
| For the Defendant: | MR. JOHN W. CHAMBLESS, II |
| | MR. JUAN ALCALA |
| | Brown McCarroll, L.L.P. |
| | 111 Congress Avenue, Suite 1400 |
| | Austin, Texas  78701 |
| | |
| Transcribed by: | BARBARA BARNARD |
| | Official Court Reporter |
| | 600 E. Harrison, Box 301 |
| | Brownsville, Texas  78520 |
| | (956)548-2591 |

**CERTIFIED COPY**