THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

HEARING ON MOTION TO EXTEND FOR DISCOVERY
HELD TELEPHONICALLY IN-CHAMBERS

United States District Court
Southern District of Texas
FILED
JAN 29 2004
Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-03-061     DATE & TIME 1/29/04 @ 1:00 - 1:10 m

COUNSEL:

JORGE ENRIQUE PINEDA MORALES, ET AL  § Juan A. Gonzalez & Ricardo Benavides

VS   §

FORD MOTOR COMPANY   § John Chambless

Courtroom Deputy: Irma Soto
Law Clerk:
Court Reporter: Barbara Barnard

Case called on the docket.

Juan Gonzalez & Ricardo Benavides appeared for the Plaintiffs. John Chambless appeared for the Defendant. Attorneys appeared telephonically.

Court addresses Unopposed Motion to Extend Time for Discovery (DE #37)- GRANTED.

Following deadlines set by the Court:

Joint Pretrial Order is due by 12/1/04
Docket Call is set for 1/4/05 @ 1:30 p.m.
Jury Selection is set for 1/6/05 @ 9:00 a.m.
Discovery cutoff by 12/1/04
Daubert Motions and Dispositive Motions filed by 9/7/04
Responses by 9/28/04
Plaintiffs' experts be named 30 days after forum non conveniens ruling
Defendant's experts be named 60 days after forum non conveniens ruling

Court is adjourned.