IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 0 2 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| JORGE ENRIQUE PINEDA MORALES, ET AL | § § | |
| VS. | § § | CIVIL ACTION NO. B-03-061 |
| FORD MOTOR COMPANY | § | |

## Scheduling Order

1. Trial: Estimated time to try: _____ days.                     ☐ Bench   ☑ Jury

2. New parties must be joined by:                                 _____
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiffs' experts will be named with a report furnished 30 days after forum non conveniens ruling

4. The defendant's experts must be named with a report furnished 60 days after forum non conveniens ruling

5. Discovery must be completed by:                                 December 1, 2004

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court.
   No continuance will be granted because of information acquired in post-deadline discovery.*

6. Dispositive Motions and Daubert Motions will be filed by:       September 7, 2004
   Responses due by:                                               September 28, 2004

*********************** The Court will provide these dates. ***********************

7. Joint pretrial order is due:                                    December 1, 2004

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call is set for 1:30 p.m. on:                            January 4, 2005

9. Jury Selection is tentatively set for 9:00 a.m. on:             January 6, 2005

The case will remain on standby until tried.

Signed this the 30th day of January, 2004.

Andrew S. Hanen
United States District Judge

xc: **ALL COUNSEL OF RECORD**