IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 8 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JORGE ENRIQUE PINEDA MORALES § <br> AND MAYTHEM GIORGINA PINEDA § <br> MORALES, INDIVIDUALLY AND AS § <br> ADMINISTRATOR/IX OF THE ESTATE § <br> OF JORGE ENRIQUE PINEDA CARVAJAL, § <br> DECEASED; BEATRIZ DEL VALLE PINEDA, § <br> INDIVIDUALLY; THEMMAY GIORGIA § <br> PINEDA MORALES; EDWARD ENRIQUE § <br> PINEDA MORALES, INDIVIDUALLY; § <br> DOLORES CHACON PINEDA, § <br> INDIVIDUALLY AND AS NEXT FRIEND OF § <br> JORGE LUIS PINEDA CHACON § <br> § <br> Plaintiffs, § <br> § <br> vs. § <br> § <br> FORD MOTOR COMPANY § <br> § <br> Defendant. § | CIVIL ACTION NO. B-03-061 |

## FORD MOTOR COMPANY'S STATEMENT OF ASSENT TO BE BOUND BY THE CONDITIONS IN THE COURT'S MEMORANDUM OPINION

Ford Motor Company, Defendant, files this statement of assent to be bound by the conditions in the Court's Memorandum Opinion.

I.

On April 2, 2004, Ford Motor Company received the Court's Memorandum Opinion, which was signed on March 31, 2004, and filed on April 1, 2004. In the Opinion, the Court enumerated several conditions to the dismissal of the above-styled case on *forum non conveniens* grounds. Those conditions are as follows:

First, the court grants this dismissal subject to a return jurisdiction clause.

Second, the court conditions dismissal on the Defendant's agreement to appear and submit itself to the jurisdiction of the Venezuelan courts, waiving any jurisdictional defenses it might otherwise possess.

Third, dismissal is similarly conditioned on Defendant's waiver of statute of limitations or laches-related defenses that it did not posses at the time the Plaintiffs' Original petition was filed in state court.

Fourth, the court's order of dismissal is conditioned on the Defendant's agreement to submit to discovery in the Venezuelan forum per its procedural rules.

Fifth, the court's order of dismissal is conditioned on the Defendant's agreement to make its witnesses and evidence available in the Venezuelan proceedings.

Sixth, the court's dismissal is conditioned on the Defendant's agreement to bear any translation-related expenses concerning the testimony of English-speaking witnesses at trial.

Seventh, the court's dismissal is conditioned on the Defendant's agreement to allow the use of all discovery obtained thus far in proceedings in the United States in the subsequent Venezuelan suit.

Eighth, the court's dismissal is conditioned on the Defendant's agreement to satisfy any Venezuelan judgment, subject only to whatever appellate rights it may enjoy in that forum. The court's dismissal is further conditioned on the Defendant's agreement to the reassertion of jurisdiction by this court in the event that it fails to satisfy any final judgment.

(*See* Opinion at 1, 22 – 24.)

Ford has read all of these conditions and hereby assents to be bound by them.

II.

Wherefore, Ford Motor prays that the Court accept this Statement and dismiss this case in accordance with the above-referenced Opinion.

Dated April 7, 2004.

>   Respectfully submitted,
>
>   **BROWN McCARROLL, L.L.P.**
>   111 Congress Avenue, Suite 1400
>   Austin, Texas 78701
>   (512) 472-5456 Telephone
>   (512) 479-1101 Fax
>
>   By: _____
>   Ronald D. Wamsted
>   Attorney-In-Charge
>   State Bar No. 20832000
>   Southern District Admissions No. 17108
>   John W. Chambless, II
>   Southern District Admissions No. 20674
>   State Bar No. 00796334
>   Jaime A. Saenz
>   Federal I.D. No. 7630
>   State Bar No. 17514859
>
>   ATTORNEYS FOR DEFENDANT
>   FORD MOTOR COMPANY

AUS:2148082.1
13486.95555

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded via certified mail and facsimile to all counsel of record on this 7th day of April, 2004.

Mark A. Cantu
Juan Gonzalez
LAW OFFICE OF MARK A. CANTU
1300 N. 10th, Suite 400
McAllen, Texas 78501

_____
John W. Chambless, II

4

AUS:2148082.1
13486.95555